# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, et al, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN ZINKE, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants. | CV-18-69-GF-BMM <br><br> **ORDER** |

Plaintiffs have moved for an order allowing Alex J. Hardy and Michael S. Freeman, Esq. and. to appear *pro hac vice* in this case with Joshua R. Purtle of Earthjustice Legal Defense Fund, designated as local counsel. The applications of Mr. Hardy and Mr. Freeman appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs's motions to allow Mr. Hardy and Mr. Freeman o appear on their behalf (Docs. 3 and 4) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Hardy and Mr. Freeman must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Hardy and Mr. Freeman.

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 30th day of April, 2018.

_____
Brian Morris
United States District Court Judge