JEFFREY H. WOOD,
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JOHN S. MOST,
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-616-3353 || 202-305-0506 (fax)
John.Most@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, *et al*.<br><br>              Plaintiffs,<br>     v.<br><br>RYAN ZINKE, Secretary of the Interior, *et al*.<br><br>              Federal Defendants. | CV 18-69-BMM<br><br>**FEDERAL DEFENDANTS' MOTION TO SEVER AND TRANSFER WYOMING AND NEVADA CLAIMS** |

Federal Defendants hereby move the Court for an order severing and transferring certain claims in this case to the Districts of Wyoming and Nevada. The amended complaint seeks review of eleven leasing decisions involving oil and gas lands in three states (four in Montana, four in Wyoming, and three in Nevada).

1

*See* First Amended Complaint, ECF No. 19, ¶¶ 62-85.  In addition, they challenge three agency policy documents.  For the reasons set forth in the accompanying memorandum, Federal Defendants ask the Court to sever the seven claims relating to leasing decisions in Wyoming and Nevada and transfer them to those judicial districts.  Federal Defendants do not request transfer of the four claims relating to leasing decisions in Montana, nor of the three claims directed at policy documents.

Respectfully submitted this 3rd day of July, 2018.

                JEFFREY H. WOOD
                Acting Assistant Attorney General
                U.S. Department of Justice
                Environment and Natural Resources Division

                 /s/ John S. Most
                JOHN S. MOST, Trial Attorney
                Natural Resources Section
                P.O. Box 7611, Washington, D.C. 20044
                202-616-3353 || 202-305-0506 (fax)
                John.Most@usdoj.gov

                *Counsel for Federal Defendants*

Of Counsel:

Philip C. Lowe
Office of the Solicitor
U.S. Department of the Interior

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record on July 3, 2018.

>/s/ *John S. Most*
>JOHN S. MOST
>*Counsel for Federal Defendants*