# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION; THE WILDERNESS SOCIETY; NATIONAL AUDUBON SOCIETY; NATIONAL WILDLIFE FEDERATION; and MONTANA AUDUBON, | **CV-18-69-GF-BMM** |
| Plaintiffs, | |
| vs. | **ORDER** |
| RYAN ZINKE, in his official capacity as Secretary if the Interior; DONATO JUDICE, in his official capacity as Montana Bureau of Land Management Deputy State Director; UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR, | |
| Defendants, | |

## **ORDER**

The State of Montana has filed an unopposed motion for leave to intervene.

IT IS ORDERED that the State of Montana's request for leave to intervene

is GRANTED

1

IT IS ALSO ORDERED that the Court requires consolidated briefing for the intervenor states of Montana and Wyoming.

DATED this 15th day of January, 2019.

Brian Morris
United States District Court Judge