# Exhibit 1

Standing Declarations

# Index

| Organization | Declarant | Page |
|---|---|---|
| Montana Wildlife Federation | David Chadwick | 1 |
| Montana Wildlife Federation | Jack Ballard | 5 |
| Montana Audubon | Laurence Berrin | 8 |
| Montana Audubon | Robert Martinka | 12 |
| The Wilderness Society | Chase Huntley | 14 |
| The Wilderness Society | Bruce Pendery | 18 |
| National Audubon Society | Lou Ann Harris | 31 |
| National Audubon Society | Brian Waitkus | 32 |
| National Audubon Society | Jan Hart | 34 |
| National Audubon Society | Peter Arnold | 35 |
| National Audubon Society | Richard Guenzel | 36 |
| National Audubon Society | William Davidson | 38 |
| National Audubon Society | Thomas Christiansen | 40 |
| National Audubon Society | Elizabeth Madden | 45 |
| National Audubon Society | Steve Regele | 47 |
| National Audubon Society | Tina Toth | 49 |
| National Wildlife Federation | Tracy Stone-Manning | 50 |
| National Wildlife Federation | Robert Gaudet | 54 |
| Operational Conservation LLC | Matthew Holloran | 58 |

**Declaration of David Chadwick**

I, David Chadwick, declare that the following statements are true and correct to the best of my knowledge, information, and belief and are based on my personal experiences.

1.  I am the Executive Director of the Montana Wildlife Federation. I have served in this role since 2013. I have 25 years experience in the nonprofit and public sectors, with a special emphasis for more than a decade on wildlife conservation and the protection of at-risk fish and wildlife. This has included five years of  work for the Association of Fish and Wildlife Agencies and five years at the Colorado Division of Parks and Wildlife.

2.  The Montana Wildlife Federation (MWF) is the oldest wildlife conservation organization in Montana. Since 1936, MWF has been at the table to protect Montana's fishing and wildlife, lands and waters, and hunting and fishing heritage. MWF has over 7,000 members and supporters and 15 affiliate organizations (many of which are hunting and angling groups who use public lands across the state). The Montana Wildlife Federation supports multiple use land management that balances development with wildlife habitat and public access for hunting, fishing, and other wildlife-based recreation.

3.  Maintaining opportunities for hunting of the greater sage grouse is essential for the survival of the species. Hunting the greater sage grouse is not just part of the heritage of our members but is an essential data collection and management tool for sustainably protecting the species. MWF advocates for balance in protecting habitat of the greater sage grouse and the ability to hunt the species in order to promote greater understanding and conservation of the species.

Exhibit 1   Page 01

4.   The Montana Wildlife Federation has worked for years to preserve sage grouse habitat, since species declines were first noted in the late 1990s. This has included support for scientific reports, commented and contributed to the creation of the Bureau of Land Management (BLM) sage grouse conservation plans, participated in coalitions, and have advocated for other protections.

5.   In the early 2000s, we coordinated a major sage grouse conservation project funded by the National Fish and Wildlife Foundation which informed the development of sage grouse conservation strategies by the state of Montana and the Western Association of Fish and Wildlife Agencies.   Along with MWF, this project included the Montana Department of Fish, Wildlife, and Parks, the Montana Natural Heritage Program. The US Bureau of Land Management, Montana Audubon, Montana State University, and several other partners.  This project included coordination of local working groups, managing a multi-party effort to collect population data,  the development of educational materials.

6.   Over the years, MWF has participated in the Montana Department of Fish, Wildlife and Parks' annual hunting regulations setting process, including speaking up on sage grouse hunting closures to balance protecting the species with management needs and hunting opportunity.

7.   MWF also had an integral role in the creation and implementation of the 2015 plans. This included participating in public meetings, providing comment on the Hi-Line, Billings, and Miles City Resource Management Plans, and participating in meetings to discuss implementation.

Exhibit 1   Page 02

8.  MWF has also worked to support the development of a strong state-level sage grouse conservation program in Montana.  During the 2015 Montana Legislative Session, we worked to pass the Greater Sage Grouse Stewardship Act, which created the Montana state sage-grouse program.  We also worked to support the Governor's sage-grouse conservation executive order (Montana E.O. 12-2015).  We have monitored meetings of the Montana Sage Grouse Oversight Team and provided comment on the development of implementing regulations and land protection projects.

9.   MWF advocates for the greater sage grouse in part because of the desire of our members (and our affiliates) to protect the grouse's habitat so the bird can remain off the Endangered Species Act list and be hunted for generations to come.  A federal takeover of sage-grouse management under the Endangered Species Act list will result in limitations that are not in the interest of the Montana Wildlife Federation, our members, or myself.

10. The Montana Wildlife Federation is a plaintiff in this lawsuit because the Department of Interior (DOI) and BLM have disregarded the requirements of the 2015 plans that oil and gas leasing be prioritized outside of the bird's habitat.  The 2015 plans were created with input from a variety of stakeholders and were a working example of compromise between all types of organizations.  The 2015 plans also honored BLM's and DOI's mission to manage public lands for multiple uses.  The 2018 instruction memorandum, the August 2017 memorandum from Interior Secretary Ryan Zinke, and the resulting expansion of oil and gas leasing in sage grouse habitat, violate the 2015 plans and harm the interests of MWF members.

Exhibit 1   Page 03

11. MWF has members throughout Montana who hunt and watch greater sage grouse and other wildlife species on lands where BLM offered leases in its December 2017 and March 2018 Montana sales. Leasing these lands in priority and general sage grouse habitat will not only decrease the birds' survival rate but will decrease wildlife viewing and sage grouse hunting opportunities for all members of the Montana Wildlife Federation.  Moreover, the leasing decisions challenged in this case make it more likely that the sage grouse will be added to the Endangered Species Act list.  As noted above, MWF and our members aim to avoid such a listing.

12. Oil and gas development on these leased parcels will impact the lives of our members that work, live, and recreate on and around these lands. The leasing of BLM lands within greater sage grouse habitat does not align with MWF's dedication to the protection of wildlife, habitat, and public access.

Pursuant to 28 U.S. C. § 1746 I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief. Executed at Helena, Montana on September 15th, 2019.

David Chadwick
Executive Director
Montana Wildlife Federation

Exhibit 1  Page 04

**Declaration of Jack Ballard**

I, Jack Ballard, declare that the following statements are true and correct to the best of my knowledge, information, and belief and are based on my personal experiences.

1. I have been an active member and supporter of the Montana Wildlife Federation for over 8 years. I support the Montana Wildlife Federation because of their commitment to protect wildlife, habitat, and public access, and because of their devotion to protecting the necessities for my livelihood and way of life.

2. I am a third generation Montanan that has a deep history in areas where these Montana lease parcels are located. I have lived in Red Lodge for 11 years and have been a resident of Montana my entire life.

3. I hold a bachelor's and two master's degrees which allowed me to hold the position of University Lecturer at the University of Montana, Billings.

4. I also work as an outdoor writer and photographer.  My articles and photos have been published in over 50 different regional and national magazines, I work as an assignment photographer for conservation organizations, educational institutions, and other entities. I am the author of *Creating a Traditional Elk Camp: Where the Heart of the Hunt is Found*, *Elk Hunting in Montana: Finding Success on the Best Public Lands*, *Wildlife Photography: Proven Techniques for Capturing Stunning Digital Images* (2018), *Large Mammals of the Rocky Mountains* (2018), and a series of nine guidebooks on species of Rocky Mountain wildlife.

Exhibit 1   Page 05

5. As a hunter and naturalist I do not want to see areas of Montana and Wyoming that are essential for habitat leased for oil and gas production because it has a direct impact on me and my family's livelihood.

6. The greater sage grouse relies on areas of large intact swaths of sagebrush steppe and interrupting this landscape by leasing to oil and gas developers is known to have negative impacts on the bird.

7. I have hunted and photographed wildlife within the parcels off the highway on the way from Red Lodge, MT to Cody, WY, which were offered at the Bureau of Land Management's March 2018 Montana lease sale, and its March 2018 Wyoming lease sale.. Some of the photographs taken within these parcels have been published.

8. I have also personally hunted greater sage grouse, gray partridge, and chukar partridge within these lease parcels, and taken 1-2 greater sage grouse from different areas within the parcels.

9. My wife, Lisa, and my son have frequented these parcels with me to photograph wildlife and enjoy the beautiful and scenic country. These areas have provided valuable experiences for me and my family.

10. I have visited the parcels in this section of Montana at least 15 times in the past four years, and an uncountable amount of times throughout my life. I plan to return in the future.

11. These particular parcels are in broken, steep, cliffy, semi-arid habitat that provide niches for specific species. I believe that if these areas are disturbed they will not recover

Exhibit 1   Page 06

quickly, and this landscape, which has provided great value to me and my family will be destroyed.

12. As an outdoor writer and photographer, Montana heritage is an integral part of who I am and what I want Montana to be for generations. Hunting, especially grouse hunting, is an integral part of Montana heritage and I do not want to see that opportunity destroyed.

13. The greater sage grouse is a sensitive bird. Their mating rituals are extensive and require areas to be undisturbed for extended periods of time. Sage grouse return to the same leks year after year and disturbing areas where they reproduce will lead to population decline and the eventual loss of opportunity to hunt and watch this famed bird of the West.

14. I have hunted, photographed, and actually stood on the land that has been leased for oil and gas development and I know about the dependency of the sage grouse on these specific habitat types. The sage grouse is not just sensitive, but the habitat it relies on is sensitive as well. These dry and arid places will not recover quickly from development.

15. Energy development will push the greater sage grouse and other species out of this landscape where it is hard enough for them to survive already. As a Montanan it would be shameful to see the bird lost from the landscape in whole or in part.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief. Executed at Billings, Montana on September 25th, 2019.

_[signature]_   9/25/19

Exhibit 1   Page 07

## DECLARATION OF LAURENCE BERRIN

I, Laurence Berrin, declare as follows:

1.     I am Executive Director of Plaintiff Montana Audubon.  Montana Audubon is a Montana-based nonprofit organization working to promote appreciation, knowledge and conservation of Montana's native birds, other wildlife, and natural ecosystems to safeguard biological diversity for current and future generations. Montana Audubon has long advocated for protection of the Greater Sage Grouse and its habitat in the state. The organization served on Governor Bullock's 12-member Sage-Grouse Habitat Conservation Advisory Council convened in 2013, and advocated extensively during the 2015 Montana state legislative session to help establish and fully fund the state's Sage-Grouse program. Montana Audubon was active in supporting the Bureau of Land Management's development of all the 2015 Resource Management Plans for Montana.

2.     Montana Audubon has offices in Billings and Helena with thousands of supporters statewide. Many of our supporters enjoy watching and photographing the Greater Sage-Grouse in the field.  The organization is an independent entity from the National Audubon Society.

3.     The oil and gas leases offered by the United States Bureau of Land Management at its December 2017 and March 2018 lease sales cover important habitat for the Greater Sage-Grouse, which is designated as a Species of Concern by the State of Montana and one which Montana Audubon has worked extensively to conserve for many years.  The leases threaten the interests of Montana Audubon and its supporters because if developed they may further fragment the bird's habitat and contribute to its continued decline.

4.     Long-term conservation of birds such as the Greater Sage-Grouse, and their habitats, is a major goal of Montana Audubon. One of our central initiatives protecting the Greater Sage-Grouse is the Important Bird Areas (IBA) Program which is a global initiative to identify, monitor, and protect a network of sites critical for the conservation of birds. Since 1995, the National Audubon Society has taken the lead in implementing the IBA Program in the US, and Montana Audubon has administered the program in Montana since 2002. IBAs are part of a conservation strategy that focuses attention on key habitats and bird species. The IBA program's intention is to identify and compile an inventory of areas that sustain healthy populations of birds (usually state-designated species of conservation concern), and then focus conservation efforts on these sites so that their qualities can be maintained. Habitat conservation is then achievable through acquisitions or easements, establishing voluntary best practices or management agreements, or through other protective measures. IBA designations are not legally binding. IBA designations must meet strict biological criteria and are subject to a scientific review process via a state-level technical advisory committee and additional review by National Audubon.

5.     As of 2019, there are 42 Important Bird Areas in Montana, six (6) of which are considered globally ecologically significant, largely because they contain habitat for Greater Sage-Grouse.

Exhibit 1  Page 08

These areas are: Glaciated Plains Sage-steppe IBA; Musselshell Sage-steppe IBA; Bridger Sage-steppe IBA; Powder/Carter Sage-steppe IBA; Beaverhead Sage-steppe IBA; and Charles M. Russell National Wildlife Refuge IBA. Since their establishment, these areas have been regularly surveyed and monitored by state fish and wildlife agency personnel as well as volunteers. Survey and monitoring data is critical for Important Bird Areas to maintain their designated status.

6.      As the attached map shows, lease parcels offered at BLM's March 2018 sale fall within two globally significant IBAs: the Bridger Sage-steppe IBA (located near the Wyoming border in southern Montana), and the Musselshell Sage-steppe IBA (located in central Montana).  In addition, many lease parcels from the December 2017 sale lie within a few miles of another globally significant IBA, the Powder/Carter Sage-steppe IBA (in the southeastern corner of the state).  All three of these IBAs are considered globally significant largely because they contain habitat for Greater Sage-grouse.

7.      The location of the December 2017 and March 2018 lease parcels in or near these IBAs illustrates the harm to Greater sage-grouse habitat that will result if the leases are developed. Moreover, BLM's decision to sell leases in the IBAs undercuts the long-term efforts and resources Montana Audubon has put into conserving these areas.

8.      In addition, Montana Audubon in recent years has engaged in a variety of activities specifically aimed at conserving the Greater Sage-Grouse.  These include, for example:

   a. April 2013: Montana Audubon begins serving on Governor Bullock's Sage-Grouse Habitat Advisory Council.
   b. December 2015: Published action alert to statewide supporters and submitted comments on state Land Board decision on sod-busting Sage-Grouse habitat on Montana school trust lands. Sent a follow up action alert to urge support of the Land Board decision prohibiting plowing of native prairie.
   c. September 2015: Co-hosted two screenings (Helena & Bozeman) of the short film, *Sagebrush Sea*, in collaboration with National Audubon, to educate members of the public and decision makers about sagebrush habitat and Sage-Grouse conservation.
   d. Participated in legislative efforts to draft, introduce and adopt the Montana Sage-Grouse Stewardship Act, which was signed into law in May 2015. Legislative efforts included submission of written and oral testimony during formal committee hearings in both Senate and House; action alerts to Montana Audubon supporters; communicating with legislators, other conservation organizations and many other stakeholders and Stewardship Act supporters.
   e. January 2016 comments submitted to Bureau of Land Management supporting a mineral withdrawal of over one-million acres of public land. The withdrawal would have affected Montana's Sagebrush Focal Areas and sagebrush-habitat Important Bird Areas.

Exhibit 1  Page 09

f.  July 2016 comments submitted on proposed oil and gas leases in Rosebud County.

g.  January – May 2017, resumed legislative efforts to support continued funding for Stewardship Act oversite team and activities. Efforts included submission of written and oral testimony during formal committee hearings in both Senate and House; action alerts to Montana Audubon supporters; communicating with legislators, other conservation organizations and many other stakeholders and Stewardship Act supporters.

h.  July 18, 2018 comments submitted on the proposed uses of the Montana Sage-Grouse Habitat Stewardship Fund as part of the public scoping process under the Sage-Grouse Oversight Team structure.

i.  December 2018 action alert sent to supporters to generate comments to Interior Department regarding proposed changes to BLM Resource Management Plans intended to protect Sage-Grouse.

j.  July 2017 action alert to Montana Audubon supporters to generate comments in support of Montana Fish, Wildlife and Parks (FWP) purchase of a conservation easement in eastern Montana to protect over 2500 acres of Greater Sage-Grouse habitat.

k.  January – April 2019 - resumed legislative efforts to support continued funding for Stewardship Act oversite team and activities. Efforts included submission of written and oral testimony during formal committee hearings in both Senate and House; action alerts to Montana Audubon supporters; communicating with legislators, other conservation organizations and many other stakeholders and Stewardship Act supporters. Worked with supporters to reduce administrative changes to Act that would have provided waivers for development within core sage grouse habitat.

l.  April 2019 comments submitted to the state on proposed changes to wind facility provisions under Montana Sage-Grouse Oversight Team operations.

9.    The state-level efforts we support to benefit the Greater Sage-Grouse work in tandem with federal land management conservation initiatives, such as the 2015 BLM plans.  By disregarding the requirements of those plans and offering numerous leases in Sage-Grouse habitat, BLM is harming Montana Audubon and its supporters by undercutting our conservation efforts.  A decision from this Court striking down the new leasing policies and leases challenged in this case could remedy those harms.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this _26_ day of September, 2019,

Laurence Berrin

Exhibit 1   Page 10

*Montana Audubon v. Zinke*

# December and March Lease Parcels and Important Bird Areas



 - Important Bird Areas    - December Lease parcels     - March Lease Parcels

Exhibit 1          Page 11

# DECLARATION OF ROBERT MARTINKA

I, ROBERT MARTINKA, declare as follows:

1. I have personal knowledge of each of the facts set below, and if called upon to do so, could and would testify regarding the following.

2. My name is Robert Martinka. I reside in Helena, Montana. I am a citizen of the United States and am over 18 years of age. I have been a supporter of Montana Audubon since 1999.

3. I first visited Montana in 1959 and each subsequent year for several weeks thru 1966. In 1967, I became a permanent resident when I began working on an advanced college degree at Montana State University funded by the Montana Department of Fish, Wildlife, and Parks. Following completion of that degree in 1970, I was employed by Montana Fish, Wildlife, and Parks until retirement in January 1998. During those employment years, I lived and worked from central to eastern to southwestern Montana as a biologist and administrator.

4. During those work years, my love of hunting and fishing took me to many other locations in the state. In retirement, my avocations shifted to birding, photography, and statewide surveys of Dragonflies and Damselflies. I have visited all 56 Montana Counties to enjoy these pastimes and am quite familiar with all the major regions and habitats.

5. Both of my adult children and two grandchildren now reside in Montana because of all the natural amenities and recreational opportunities - among the country's finest – that are found here.

6. While the mountains and forests of western Montana are certainly a focal point of my love of this state for the scenery, wildlife, and recreational opportunities that they provide, the grasslands and sagebrush prairies of the east, central, and southwest have grown on me over the years. And these grass and sagebrush areas are where many landscape wide changes have occurred over the past 50+ years that I have lived and recreated here. These sage and grassland habitats remain among the best in the country, but agriculture and energy development have taken a significant and noticeable toll.

7. Each year in my retirement, I embark on numerous trips into eastern, central and southwestern Montana to pursue my searches for birds (including the Sage Grouse) and dragonflies. These areas, including the prairie streams, are the home to many species that are not found in the mountains and forests of western Montana. The diversity of life in these eastern habitats are underappreciated and, in many cases, even unknown. Over the past decade, another avid birder and dragonfly enthusiast friend and I have documented at least 13 species of dragonflies and damselflies that were not previously known to occur in this state. And our continuing efforts are likely to discover more species and document much wider distribution of these new and previously known species.

Exhibit 1   Page 12

8. Because of concern over the long-term viability of Sage Grouse Populations in Montana, and the possible listing of the species under the Endangered Species Act, Montana and its Governor and Legislature have taken significant steps to ensure the long-term sustainability of this species. Montana Audubon was a significant partner in these efforts. These efforts included legislation and funding for long term protection of sagebrush habitats. And equally important, a detailed plan with specific criteria for protection of their habitat and breeding areas was developed, adopted, and implemented.

9. I support this planning and other efforts to protect the Sage Grouse, but political pressures both within Montana and on the federal level are now weakening this plan. Unrestrained issuance of oil leases and lax - or no - analysis of environmental impact as allowed by the Bureau of Land Management (BLM) will significantly add to the peril of this species and dozens of other wildlife species dependent on these sagebrush habitats.

10. I have personally visited each of the areas where BLM sold oil leases at its December 2017 and March 2018 Montana lease sales many times over the past 50+ years I have lived in Montana. I also plan to visit these areas in the future. The unrestrained leasing of oil rights in these areas has the potential to significantly impact the already compromised sage and grassland habitats and public lands that I enjoy on an annual basis and that my children and grandchildren enjoy now and into the future, because they will allow oil and gas development in these areas. I implore the courts to intervene in the BLM actions that threaten to harm me and all Montanans.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Signed: September 2\_\_\_, 2019

Robert Martinka

Exhibit 1   Page 13

**Declaration of Chase Huntley on Behalf of The Wilderness Society**

I, Chase Huntley, declare as follows:

1.  I am Interim Deputy Vice President for Conservation and Senior Director of the Energy and Climate Program at The Wilderness Society (TWS), a position I have held since January 2019. In this role, I oversee strategy and policy development, and activities to deliver on our programmatic goals related to energy and climate. I also serve on an interim basis on our Executive Team overseeing the organization's operations. I manage the government relations team and energy and climate advocacy team. Prior to that, I served as Senior Director of the Energy and Climate Program, Senior Director of Government Relations for Energy, and Assistant Director for Renewable Energy. I am a member of TWS. Before joining TWS in 2008 I worked at the U.S. Government Accountability Office as a Senior Analyst and on detail to the House Oversight and Government Reform Subcommittee on Energy and Natural Resources.

2.  TWS is a non-profit, non-governmental environmental organization headquartered in Washington, D.C. and committed to protecting America's wild places for current and future generations. Since our founding in 1935, TWS has worked to protect wilderness-quality lands across the United States. Our goal is to ensure that future generations will enjoy the clean air and water, wildlife, natural beauty, opportunities for recreation, and spiritual renewal that the forests, rivers, deserts, and mountains of our nation's public lands provide. In addition to our headquarters in Washington, D.C. we have offices in Bozeman, Montana and Jackson, Wyoming as well as in eleven other locations across the nation. We have more than one million members and supporters across the country, including 321 members in Wyoming, 783 members in Montana, and 1,230 members in Nevada, the states with the BLM oil and gas lease sales that are the subject of this litigation.

3.  The oil and gas lease sales in Montana, Wyoming, and Nevada and the Instruction Memorandum (IM) and other policy statements that are the subject of this litigation matter a great deal to TWS. The TWS Energy and Climate Program seeks to protect places inappropriate for development and ensure our public lands and waters are managed as part of the solution to the global climate crisis. For decades, TWS has actively engaged in all aspects of oil and gas leasing and development on the public lands and mineral estate, including land use planning, lease sales, project approval, rulemakings, and other policy initiatives at the Department of the Interior. We regularly communicate with our members and supporters, as well as partners in the conservation community and across the environmental movement, on developments in energy development on public lands.

4.  The Wilderness Society was deeply engaged in the development of the BLM's 2015 Resource Management Plans (RMP) that were put in place to protect sage-grouse, including in the states of Montana, Wyoming, and Nevada. We submitted detailed comments on all of these draft environmental impact statements. We filed protests of the approved plans. We also engaged in numerous public engagement and press activities to

1

Exhibit 1   Page 14

highlight the values of these plans, which we supported. We and a number of other groups have intervened in several lawsuits where we are seeking to defend the 2015 plans from state and industry challenges. We view protections for the sage-grouse that were advanced by the 2015 plans as advancing our interests in protecting wild public lands and the wildlife that depends on these areas.

5.   More recently, we engaged heavily in BLM's amendment of many of the 2015 sage-grouse protection provisions in its 2019 sage-grouse RMPs. We filed detailed comments on the draft environmental impact statements. We protested the final plans in all six states where revisions were made, including Wyoming and Nevada (the 2015 plans were not revised in Montana). And we again engaged in numerous public engagement and press activities to encourage support for the 2015 plans.

6.   As to the three leases sales at issue in this Phase of the litigation (the Montana December 2017 and March 2018 sales and the Wyoming June 2018 sale), TWS engaged in the following activities relative to the sales:

   a.   <u>Montana December 2017 Lease Sale:</u> TWS and other groups submitted comments on the environmental assessment (EA) prepared for this lease sale. We also submitted a protest of the proposed sale of all 204 parcels, many of which were in sage-grouse habitat, to the BLM. We engaged in efforts to raise public awareness of this sale through press-related activities. Our EA comments and the protest, among other things, focused heavily on sage-grouse issues and that the proposed leasing would not adequately protect the bird.

   b.   <u>Montana March 2018 Lease Sale:</u> TWS and other groups submitted comments on the EA prepared for this lease sale. We also submitted a protest of the proposed sale of all parcels offered, many of which were in sage-grouse habitat, to the BLM. We engaged in efforts to raise public awareness of this sale through press related activities. Our EA comments and the protest, among other things, focused heavily on sage-grouse issues and that the proposed leasing would not adequately protect the bird.

   c.   <u>Wyoming June 2018 Lease Sale:</u> TWS and other groups submitted comments on the EA prepared for this lease sale, which covered parcels in the High Desert District and involved four field offices including Rock Springs, Pinedale, Rawlins, and Kemmerer. We also submitted a protest of the proposed sale of all parcels offered, many of which were in sage-grouse habitat, to the BLM. We engaged in efforts to raise public awareness of this sale through press related activities. Our EA comments and the protest, among other things, focused heavily on sage-grouse issues and that the proposed leasing would not adequately protect the bird.

7.   The results of these sales, in which many of the parcels were sold, are of great concern to TWS and have a significant impact on our interests and those of our members. Leasing has immediate impacts on environmental qualities we are concerned about. Once a parcel

is leased, the BLM no longer gives full consideration to protecting the environmental qualities in an area—such as protecting wilderness qualities, protecting sage-grouse habitat, or ensuring wildlife migration corridors are fully protected—and instead gives primacy to ensuring development of the parcel is not impeded if the company purchasing the lease so desires. This reduction in multiple use management is an inevitable outcome of leasing and harms the interests of TWS and our members in protecting other multiple uses of the same lands.

8. Some staff and members of TWS live on or near leased lands where fossil fuel extraction could occur. Sometimes these are "split estate" lands where the land remains in private ownership but the government holds the mineral rights, and other times they just reside near a lease parcel that is on government lands. They therefore experience the impacts of fossil fuel development, which harms their interests in environmental protection. It can also raise concerns about impacts to their health. And even if land has only been leased and development has not occurred yet, the fact of living next to lands that have become encumbered with development rights impacts their interests.

9. In addition, even if TWS staff or members do not live near a lease parcel they overwhelmingly visit these lands for recreation and other public land uses such as birding and hunting. Lease parcels disrupt their environmental interests because of the possibility of development.

10. TWS has engaged in recent land use planning efforts in a number of the BLM Districts in Wyoming and Montana, in some of the same areas where challenged leases are located. BLM RMPs govern what lands are available for leasing and are thus a crucial component of the leasing process. By leasing so much land in these areas, BLM has impaired TWS's efforts to protect them. Moreover, the 2018 IM paves the way for even more leasing of sage-grouse habitat, which will further harm the interests of TWS and its members.

11.  We are heavily involved in the ongoing revision of the RMP that governs public lands management in the Rock Springs, Wyoming BLM Field Office, which will strongly impact oil and gas leasing and development decisions in that area. We submitted comments on the proposed revisions to the RMPs in Buffalo, Wyoming and Miles City, Montana that are considering changing coal leasing and oil and gas decisions as a result of a court decision that requires greater consideration of climate change impacts in the RMPs. Many of the leases we are concerned about are located in these Field Offices.

12. Additionally, TWS and other groups recently submitted comments on the BLM's Draft Environmental Impact Statement that is considering oil and gas development approval in the Moneta Divide, Wyoming area, where 4,250 oil and gas wells might be constructed. In 2017 we submitted comments on the Normally Pressured Lance oil and gas project proposal in Wyoming which could lead to 3,500 oil and gas wells being drilled. In addition we have submitted comments on the Converse County and Continental Divide-Creston oil and gas project Environmental Impact Statements in Wyoming. The Converse County Project could lead to 5,000 oil and gas wells being drilled and the Continental Divide Creston Project could lead to 8,950 additional wells in this area.

3

Exhibit 1  Page 16

13. The construction—drilling—of oil and gas wells in these projects is a normal and foreseeable outcome of oil and gas leasing. Drilling these many thousands of wells, some of which could be on leases that are being challenged here, will have very significant, negative consequences on the environmental interests of TWS. Even with mitigation, drilling oil and gas wells leads to increased air pollution, increased water pollution, impacts to greater sage-grouse and other wildlife and their habitats, impacts on cultural and historical resources, and impacts to wilderness quality lands, among other things. Development of leases is a foreseeable outcome of the three lease sales at issue in Phase 1 of this litigation that threatens the interests of TWS and its members.

14. A ruling from this Court would remedy these concrete threats to TWS and its members.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 18, 2019 in Washington, D.C.

_____

Chase Huntley

4

Exhibit 1   Page 17

**Declaration of Bruce M. Pendery**

I, Bruce M. Pendery declare that the following statements are true and correct to the best of my knowledge, information, and belief and are based on my personal experiences.

1.  I am a member of the The Wilderness Society and have been a member since 2016. One reason I joined the The Wilderness Society and have remained a member is the extensive work it does to protect our public lands, such as from inappropriate fossil fuels development, including oil and natural gas leasing.

2.  I am also a staff member of the The Wilderness Society. My job title is Litigation and Energy Policy Specialist. I joined the staff of The Wilderness Society in May, 2016.

3.  The Wilderness Society represents my strong interests and beliefs in maintaining and protecting the undeveloped nature of our public lands.

4.  Prior to becoming a member of and joining the staff of The Wilderness Society I worked for the Wyoming Outdoor Council (WOC), a small environmental advocacy non-profit organization that focuses on environmental protection in Wyoming. WOC has objectives that I support and which are similar to my interests and reasons for my association with The Wilderness Society. I worked for WOC from 2003 until early 2016.

5.  I have a longstanding passion for protection of the public lands stemming back to at least my early employment with the Bureau of Land Management (BLM) in Colorado in 1980-82. I have pursued this passion in my education (wildlife biology, range management, and environmental law), my work (among other things employment with the Bureau of Land Management, Colorado Division of Wildlife, Wyoming Outdoor Council, and The Wilderness Society), and my recreational pursuits. (I have taken well over 100 trips to public lands for camping, bird watching, river running, and skiing.)

1

Exhibit 1  Page 18

6. I have lived in Logan, Utah for over 37 years, since 1982. As a result of my frequent trips to nearby states, including to Nevada and Wyoming, I have visited the areas of oil and gas leases that are the subject of this litigation. Specifically, I have visited or been near to lease parcels that are located south of Elko, Nevada; in the vicinity of Great Basin National Park in Nevada; in the vicinity of Kemmerer, Wyoming; in the vicinity of Cody, Wyoming; and along the Interstate 80 (I-80) corridor in south-central Wyoming.

7. I will describe my connection to lease parcels in each of these areas and explain my concerns about them and how I am affected by them.

8. **Kemmerer, Wyoming Area Lease Parcels:** There is a large block of lease parcels located north and south of U.S. Highway 189 northeast of Kemmerer. These parcels are also located north of U.S. Highway 30 east of Kemmerer, with some of the parcel areas being south of the highway. There is a smaller group of parcels that are located near Wyoming Route 372 to the west and east of the highway, near Seedskadee National Wildlife Refuge. These lease parcels were offered at the fourth quarter (December) 2017 oil and gas lease sale. These parcels are shown in Map 1, which is included with this declaration.

9. I have visited the area containing lease parcels northeast of Kemmerer on Highway 189 on approximately 25 trips I have taken along this highway starting in about 2003. I have also looked out over the parcels along Highway 30 on the equal number of trips I have taken along that highway during the same period, and the same is true of the Highway 372 parcels.

10. I have stopped at the parcels directly abutting Highway 189 on many of my trips to Wyoming, for lunch, or to stretch. The purpose of these stops was also to observe,

2

Exhibit 1   Page 19

memorialize, and enjoy the incredibly undeveloped landscapes along this block of contiguous, wild BLM public lands. These are wide open spaces and I would like them to remain that way, free of oil and gas development. That is both my personal and professional interest and commitment.

11. Not too far outside of Kemmerer, probably about 10 miles down highway 189, there is a pull off on highway 189, complete with signs, that tells you there is a sage-grouse strutting area (lek) just south of the highway. I have driven in to visit that lek viewing area several times. Having this active lek available for the public to enjoy is the way I want to see the public lands managed, not for oil and gas development. From my review of maps showing the leases at issue in this case, it appears that some of the lease parcels overlap with this pull out.

12. I have also looked out over the other parcels along highways 189, 30 and 372, observing them carefully, on trips through Wyoming. When I drive by and "look out over" a natural landscape I am studying it for its natural qualities. I have degrees in both wildlife biology and range science, so I am trained to study landscapes when I have a chance to look at them, and that is what I do: what birds am I seeing?, what other wildlife?, there's a pronghorn!, what is the condition of the grass in this area, is it being overgrazed?, what is the condition of the sagebrush?, what other shrub species am I seeing?, is there evidence of erosion? These are the kinds of thoughts and emotions in my mind when I drive through these areas, I am definitely not listening to music or books on tape—what condition are the lands in from a scientific point of view, and what can I do to help protect them? That is my deep focus and what I am concerned about when I drive through these areas.

3

Exhibit 1   Page 20

13. I will definitely return to these Kemmerer area parcels. I regularly travel to this area, and I will continue to do so in the future. One reason is that I enjoy visiting Fossil Butte National Monument, which is just outside of Kemmerer, and only about a two-hour drive from my home in Logan. As always, the purpose of my future visits will be to enjoy the incredible natural features that can be experienced in these areas, including having the chance to see sage-grouse in an undeveloped area.

14. **Lease Parcels East of Cody, Wyoming.** There is a block of lease parcels located about 10 miles east of Cody, along U.S. Highways 14, 16 and 20. These parcels were offered at the first quarter (March) 2018 oil and gas lease sale. These parcels are shown in Map 2, which is included with this declaration.

15. In 2010 when I was still employed by the Wyoming Outdoor Council I visited the area in the vicinity of these parcels to advocate for protection in this area and the area just to the north around the McCullough Peaks Wilderness Study Area.  During that visit we enjoyed looking out over these parcels. And as I discussed above, whenever I am out in the vicinity of BLM wild lands I study all of the landscapes I am seeing intensely, thinking about possible threats to the them and ways to protect them, which is my goal. And that was especially true on this trip because I was being paid to seek protection for nearby lands.

16. We saw sage-grouse on that trip, so they definitely use the area. According to BLM maps, these lease parcels would be in sage-grouse Priority Habitat Management Areas.

17. It is my plan to return to the Cody area near where the lease parcels are located because it is a gateway to Yellowstone National Park, which I visit about every three years. While there, I also plan to visit McCullough Peaks and the surrounding area near the parcels.  If

4

Exhibit 1   Page 21

those lands are drilled for oil and gas, it would definitely harm my enjoyment of this natural setting.

18. **Lease Parcels Along the I-80 Corridor in Southcentral Wyoming.** There are several parcels located almost immediately adjacent to, and in some cases overlapping, the corridor this highway takes through southern Wyoming between Wamsutter and about the Wyoming Highway 789 exit heading south. These parcels were offered at the second quarter (June) 2018 oil and gas lease sale. These parcels are shown in Map 3, which is included with this declaration.

19. I have driven adjacent to, and in some cases basically over, these parcels on numerous trips I have taken to Cheyenne and Laramie between 2003 and 2017. I have also driven past them on personal trips to the Denver area (about 5 times).

20. These parcels are located quite close to the highway—no more than about a mile from it. I have carefully observed these parcels in my numerous trips through this area. In Wyoming your normal views along a highway in the open sagebrush country, as I-80 is, probably extend at least twenty miles, and often much more.

21. And as I have said above, when I "observe" an area in wide-open natural habitat, as all of the I-80 corridor is, I am studying it for its natural features and considering how I could protect the area from development. Protecting these areas from development is my goal.

22. According to BLM maps, this area contains sage-grouse General Habitat Management Areas, as well as Priority Habitat Management Areas.

23. I will definitely return along this route in the future both on work related trips to Cheyenne and Laramie and on personal trips to the Denver area or points east.

5

Exhibit 1   Page 22

24. **Nevada Lease Parcels Near Great Basin National Park.** There is a block of lease parcels located just north of Great Basin National Park on U.S. Highways 6 and 50 in Nevada. These parcels were offered at the December 2017 lease sale. These parcels are shown in Map 4, which is included with this declaration.

25. In 2009 my family and I visited Great Basin National Park on a vacation.

26. On our return to Logan we took U.S. Highways 6 and 50 to Ely, which took us right through these lease parcels.

27. As always, I was enjoying the wild landscape we were driving through on this entire trip, including the area covered by these lease parcels, hoping these lands would be free from development pressures.

28. According to BLM maps, there is some sage-grouse General Habitat Management Area that is found on these leases and a greater amount of Other Habitat Management Areas.

29. I will definitely return to Great Basin National Park on other vacations, and when I do there is a high likelihood I will again drive through these lease parcels on the U.S. Highways 6 and 50 route through Ely because that is a convenient route to or from Logan.

30. **Lease Parcels Located South of Elko, Nevada.** There is a large group of lease parcels that are located south of Elko, Nevada. These parcels were offered in the Nevada March and June 2018 lease sales. These parcels are shown in Map 5, which is included with this declaration.

31. I drove through or near these parcels in about 1991 when I drove through this area with a friend who lived in Elko.

6

Exhibit 1  Page 23

32. We were out on a tour of the wild country surrounding the amazing Ruby Mountains, which are south of Elko. We started by visiting Ruby Lake National Wildlife Refuge on the east side of the mountains but then drove over a little pass to the west side of the "Rubies" about 45 miles south of Elko and headed back north to Elko on dirt roads.

33. The dirt roads we were on were on the west side of the Rubies and would have taken us through or near to many of the lease parcels located in this area, especially the more eastern parcels. While it is difficult to say with certainty, I believe I would have driven through or nearby to the lease parcels that sold that are near highway 228 because that is the route we were following north from about Jiggs to Elko.

34. We were studying the landscape intensely looking for any issues we might spot—my friend has a degree in botany and as I mentioned I have degrees in wildlife biology and range science. On the west side of the Rubies in the vicinity of the lease parcels we were especially interested and concerned about the wild horses, which are common in this area. This land appeared to need improved management and oil and gas leases might contribute to the negative impacts to the rangelands in this area, which is a concern to me.

35. According to BLM maps, the area where these leases are located is largely sage-grouse Priority Habitat Management Areas with the rest of the area being General Habitat Management Areas.

36. I will seek to return to the Ruby Mountains area in the future on a vacation with my wife.

37. It is my intention to return to all of these areas, in both Wyoming and Nevada, on a regular basis as long as I am able.

7

Exhibit 1   Page 24

Pursuant to 28 U.S. C. § 1746 I declare under penalty of perjury that the foregoing statements

are true and correct to the best of my knowledge, information, and belief.


Executed at Logan, Utah on September 16, 2019.

Bruce M. Pendery

8

Exhibit 1   Page 25

**Maps**

Map 1 – Kemmerer-Area Parcels (Wyoming)



Map 2 – Cody-Area Parcels (Wyoming)



Map 3 – I-80 Southcentral-Area Parcels (Wyoming)



11

Exhibit 1   Page 28

Map 4 – Great Basin-Area Parcels (Nevada)



Exhibit 1   Page 29

Map 5 – Elko-Area Parcels (Nevada)



Exhibit 1   Page 30

**Declaration of Lou Ann Harris**

I, Lou Ann Harris, declare as follows:

1. I live in Bozeman, Montana.

2. I am currently Board President of the Sacajawea Audubon Society. Sacajawea Audubon builds on an interest in birds to promote the conservation of our natural environment through enjoyment, education, and action.

3. I am also a member of the National Audubon Society. Audubon protects birds and the places they need, today and tomorrow.

4. I have birded at several of the lease parcels that were sold as part of the December 2017 and March 2018 lease sales, including east of Belfry, Montana; south of Bridger, Montana; southeast of Livingston, Montana; and north and northeast of Big Timber, Montana (as a participant in a Sacajawea Audubon field trip).

5. I plan to return to these areas for birding based on my experiences in these areas and my regular travel for birding. I expect to return to at least one of these areas in the next year. I bird every day. It is a big part of my life and helped me get through cancer treatment some years ago.

6. If there was development and drilling, it would most certainly adversely impact my enjoyment of these areas.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief and based on my personal experiences.

Executed at Bozeman, Montana on ___9/13/2019___.
                                                        Date

_Lou Ann Harris_
Lou Ann Harris

Exhibit 1   Page 31

Declaration of Brian R. Waitkus

I, Brian R. Waitkus, declare as follows:

1. I live in Laramie, Wyoming.

2. I am a retired archaeologist and an avid birder, as well as an outdoor enthusiast who enjoys recreating on public lands across the state.

3. I serve as Vice President of the Laramie Audubon Society, a chapter of the National Audubon Society. Laramie Audubon Society promotes the conservation and appreciation of birds and other wildlife through education, outreach, and habitat stewardship.

4. I am also a member of the National Audubon Society. Audubon protects birds and the places they need, today and tomorrow.

5. I have visited a number of parcels that were included in the June 2018 lease sale in Wyoming.

   a. I have visited the lease parcels 71, 96-98, and 103 in the Haystack areas south of the Wamsutter/Red Desert area. As I am a wildlife and natural history photographer, I am always on the lookout for opportunities for photographic subjects including sage-grouse, other birds, and mammals. The area has amazing vistas and fossil beds of reptiles so I enjoy hiking in these areas.

   b. Southwest of Rawlins, along Atlantic Rim, I have visited parcels 3-6. I have spent time looking for archaeological sites and raptor nesting locations. Other times I hiked these areas looking for sage-grouse and other wildlife.

   c. Along Wyoming State Highway 789, between Creston Junction and Baggs, I have visited parcels 22, 29, 30 and parcel 33 adjacent to the Muddy Creek Wetlands. I visited these areas while working as an archaeologist and while looking for sage-grouse, in particular, as well as for other wildlife to photograph.

6. I plan to return to these areas to continue enjoying them for recreational and professional activities, including visiting some of these areas in the next year. Whenever possible I would like to visit the Haystack area for its biking and photographic possibilities viewing sage-grouse and other wildlife, its amazing vistas and fossil beds.

Exhibit 1   Page 32

Laramie Audubon has funded improvements to the Muddy Creek Wetlands and was invited by its manager to visit and view its surrounding wildlife.

7. The value of these lands for bird habitat, including for sage-grouse, as well as for other wildlife and recreation, would be compromised by oil and gas development. The Atlantic Rim area provides important foraging and nesting habitat for sage-grouse and raptors, along with numerous archaeological sites. Sage-grouse and raptors could be directly and indirectly negatively impacted by energy development activities, including by loss of habitat through construction of associated infrastructure like roads and pipelines. The scenic vistas would also compromised.  These energy development efforts and increased human activity would negatively affect my future enjoyment of being in these areas.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief and based on my personal experiences.

Executed at Laramie, Wyoming on _20 Sept 2019_
                                          Date

_Brian R. Waitkus_
Brian R. Waitkus

Exhibit 1   Page 33

<u>Declaration of Jan Hart</u>

I, Jan Hart, declare as follows:

1. I live in Laramie, Wyoming, where I have resided since 1981.

2. I am a retired wildlife and wetland biologist, as well as a vegetation specialist. I have been in this profession for over 35 years. I have worked for an environmental consulting firm, a state game and fish agency, a university, and a federal agency. I have two higher education degrees: Bachelor of Science degree in Fisheries and Wildlife Conservation and Master of Science degree in Rangeland Ecology and Watershed Management.

3. I am currently a member of both the Laramie Audubon Society, located in Wyoming, and the National Audubon Society. I serve on the Board of Directors for Laramie Audubon Society. Laramie Audubon Society promotes the conservation and appreciation of birds and other wildlife through education, outreach, and habitat stewardship. The National Audubon Society protects birds and the places they need, today and tomorrow.

4. I have visited many of the lease parcels that were sold as part of the June 2018 lease sales in Wyoming. Specifically, I have been to parcel numbers 8 through 13. I have been to these areas for wildlife viewing, hunting, and camping. I have also been to some of the parcels in the Wamsutter and Opal area. These areas collectively provide solitude and the opportunity to enjoy the natural beauty of the landscape.

5. I intend to visit this area within the next year and continue to do so in the future, as these quality outdoor experiences on public lands are why I value living in Wyoming.

6. If oil and gas development is permitted to proceed, I believe that the associated disturbance of this large and mostly undisturbed area would affect my enjoyment as well as risk harming the wildlife and limited water resources in the area. Of specific note is the negative impacts to sage-grouse, which could decrease quality of favorable breeding and lekking habitat. I have been monitoring a grouse lek out in the Wamsutter area since approximately 1998. I have observed the development of the area, through the Continental Divide/Wamsutter II natural gas fields and the decline of the grouse numbers on the leks that I monitored. I am aware and appreciative of the wide variety of other wildlife that are dependent on a healthy sagebrush steppe ecosystem. As such, development of these leases would dramatically harm the quality of the experience I seek on these public lands and my future enjoyment of these areas.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief, and based on my personal experiences.

Executed at Laramie, Wyoming on <u>9/19/2019</u>.
                                        Date

<u>Jan R. Hart</u>
        Jan Hart

Exhibit 1   Page 34

Declaration of Peter G. Arnold

I, Peter G. Arnold, declare as follows:

1. I live in Cheyenne, Wyoming, where I have resided since 1979.  I graduated from the University of Wyoming in 1970 with a BA and also received a JD in 1973.  I am a retired Wyoming District Judge.

2. I am a member of the Cheyenne High-Plains Audubon Society, located in Cheyenne, Wyoming. I am also a member of National Audubon Society, serving on the Board of Directors of Audubon Rockies. The Cheyenne High-Plains Audubon Society promotes the conservation and appreciation of birds and wildlife through education, science, advocacy, and habitat stewardship in southeast Wyoming. The National Audubon Society protects birds and the places they need to thrive, today and tomorrow.

3. I travel throughout Wyoming viewing and photographing birds. These photographs were used for numerous years to complement an informative "Bird of the Week" section in the Wyoming Tribune Eagle. In 2018, I jointly published a book entitled "Cheyenne Birds by the Month" which includes 90 some images of birds I photographed in Wyoming. This book is sold throughout Wyoming and has even been purchased internationally, reflecting the popularity of birding in Wyoming.

4. I have visited numerous parcels that were auctioned in the June 2018 lease sale in Wyoming. For many years I hunted Sage-grouse in or near parcels 10, 22, and 30.  I have also enjoyed wildlife viewing in parcels 72, 108, 133, and 135.  These areas abound with the scenic and wildlife values that appeal to me.

5. Although I no longer hunt, I intend to visit these areas as opportunities arise in the future because I get a kick out of the hiking and photographic experiences they offer.

6. I own a second home in Pinedale, Wyoming, which is close to the Jonah Field.  Jonah Field is a large natural gas field 32 miles south of Pinedale. I have recently toured parts of the Jonah Field and observed first hand the impact of development on wildlife, particularly the Greater Sage-grouse.  If oil and gas development and drilling were to take place in the areas that were leased in the June 2018 lease sale, there would be harm to a variety of birds found in sagebrush country – notably Greater Sage-grouse. As such it would reduce my enjoyment of this delicate landscape and the biologically valuable species of wildlife that are found there.

I declare under penalty of perjury that the foregoing statements are true and correct, and based on my personal experiences.

Executed at Cheyenne, Wyoming on September 21, 2019.

_Peter g Arnold_
Peter G. Arnold

Exhibit 1   Page 35

Declaration of Richard J. Guenzel

I, Richard J. Guenzel, declare as follows:

1. I live in Laramie, Wyoming, where I have resided for close to 40 years. I have also lived in Cheyenne and Casper, Wyoming.

2. I am a retired wildlife biologist with the Wyoming Game and Fish Department. I am also a Certified Wildlife Biologist® with The Wildlife Society. In addition to southeastern Wyoming, I have worked in the Rawlins area for the Bureau of Land Management, for the U.S. Forest Service's Rocky Mountain Forest and Range Experiment Station, and for the U.S. Fish and Wildlife Service on surveys around Point of Rocks. I have also assisted on a University of Wyoming study in the Red Desert, north of Point of Rocks. I still advise, in a consulting capacity, on aerial wildlife surveys. I have a Master of Science degree in Zoology and Physiology from the University of Wyoming.

3. I am a longstanding member of the National Audubon Society. The National Audubon Society protects birds and the places they need, today and tomorrow.

4. Over the years, I have visited many of the lease parcels that were sold as part of the June 2018 Wyoming lease sale, especially several of the parcels southwest of Rawlins. I visited these in previous professional capacities as well as recreating on some of them because I enjoy hiking, hunting, photographing and viewing wildlife (terrestrial and avian) and scenic landscapes on these public lands. I conducted pronghorn research for my Master's Degree in the Red Rim area (from I-80 south to Baggs, east of HWY 789 south of Creston Junction, and as far east as Pass Creek based on movements of marked pronghorn); note that the geography of my on-the-ground research includes lease parcels (see Guenzel, R.J. 1986. Pronghorn Ecology in Southcentral Wyoming, MS Thesis, University of Wyoming, Laramie. 347 pp). BLM cited my thesis results in planning documents, including the Draft Environmental Impact Statement for the Continental Divide/Wamsutter II Oil and Gas project). During these studies, I visited at least parcel numbers 8, 9, 11-17, 23-26, 30 and 31 and likely others. I have documented wildlife use and traveled extensively throughout the area, both on two-track roads and via foot, for professional and recreational purposes. I also experienced much of this portion of the June 2018 lease sale via air, as part of aerial surveys for pronghorn.

5. I plan to return to the area because of all the significant wildlife resources, which include Greater Sage-grouse, pronghorn, mule deer, elk, numerous raptors, and other species. Specifically, I intend to bring my family out to show them the areas I studied, the important habitat features, and the significance of the area (as well as previous management decisions) to maintaining wildlife populations.

Exhibit 1   Page 36

6.  If oil and gas development occurs on those leases, there would be direct and indirect negative impacts to wildlife (notably Greater Sage-grouse), important wildlife habitat and recreational values associated with these public lands. My personal enjoyment of wildlife, and the ability to share it with my son, is directly tied to maintaining the health and functionality of this area.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief, and based on my personal experiences.

Executed at Laramie, Wyoming on ___ _September 22, 2019_

                                                        Date

_____

Richard J. Guenzel

Exhibit 1   Page 37

Declaration of William R. Davidson

I, William R. Davidson, declare as follows:

1. I live in Sheridan, Wyoming.

2. I work as a director and organizer for Council for the Bighorn Range, based out of Big Horn, Wyoming. I am also President of the Council for the Bighorn Range. I worked in the oil and gas industry for 34 years from exploration to pipelines and terminals, traveling throughout Wyoming, notably in the townships listed below.

3. I am also an avid birder that enjoys recreating on public lands. I serve as Board Member of the Bighorn Audubon Society, an independent chapter of the National Audubon Society. Bighorn Audubon Society works for the protection of birds and habitats for the benefit of our communities around the Bighorn region through conservation, advocacy, and education.

4. I am a member of the National Audubon Society. The National Audubon Society protects birds and the places they need, today and tomorrow.

5. I have visited many of the lease parcels that were sold as part of the June 2018 Wyoming lease sale. I have visited parcels located within the following townships/ranges: 23N 115W, 22N 115W, and 21N 115W. These were visited during my oil and gas exploration work, as well as for recreational value, and I appreciated the diversity of wildlife.

6. I plan to return to the area because of all the significant wildlife resources, especially the sagebrush dependent species. Greater Sage-grouse numbers, according to the past three years of lek counts by the Wyoming Game and Fish Department, are declining. I especially want to visit and observe the birds in the winter.

7. Based on my observations and the scientific literature, Greater Sage-grouse do not respond well to the loss of habitat, human activity, and oil and gas development.  Therefore, if oil and gas development were to proceed on these parcels, I would expect the wildlife and sage-grouse to respond poorly. As healthy wildlife populations are important to me and add considerably to my experiences while recreating on these public lands, my future enjoyment of these areas would be harmed.  I want to see these sagebrush landscapes to remain intact and supporting healthy bird populations, especially indicator species like sage-grouse.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief, and based on my personal experiences.

Exhibit 1   Page 38

Executed at Sheridan, Wyoming on _____9/20/2019_____
                                          Date

_William R. Davidson_

William R. Davidson

Exhibit 1   Page 39

## DECLARATION OF THOMAS J. CHRISTIANSEN

I, Thomas J. Christiansen, declare:

1.      I retired January 2, 2019 as the Sage-Grouse Program Coordinator for the Wyoming Game and Fish Department ("WGFD"). I have specific knowledge of and personal interest in the facts set forth herein from my own personal knowledge and am competent to testify thereto.

2.      I worked on greater sage-grouse ("sage-grouse") issues for the WGFD from 1987 through 2018. I was a regional biologist for the WGFD from 1987-2003. From 2003-2018 (15 years) I was the Sage-Grouse Program Coordinator with the WGFD. I have personal knowledge regarding the substance of regulatory and management actions and the current conservation status of sage-grouse in the State of Wyoming.

3.      While employed by the WGFD, I served as the chair of the Department's Sage-Grouse Working Group (1997-2018). I also chaired the Western Association of Fish & Wildlife Agencies' ("WAFWA") Sage and Columbian Sharptailed Grouse Technical Committee (2014-16). I was a member of the Rangewide Interagency Sage-grouse Conservation Team and a member of the U.S. Fish & Wildlife Service/WAFWA Wildfire and Invasive Species Working Group for several years. I am a member of the Wyoming, Central Mountains and Plains, and National chapters of The Wildlife Society (a professional organization), Audubon Society, North American Grouse Partnership, Backcountry Hunters and Anglers, Wyoming Wildlife Federation, Rocky Mountain Elk Foundation, Theodore Roosevelt Conservation Partnership, Wyoming Outdoor Council and North American Versatile Hunting Dog Association.

4.      I have authored or co-authored several peer-reviewed technical papers regarding sage-grouse, authored many agency technical reports on a range of wildlife programs and issues,

Exhibit 1  Page 40

and I continue to write and publish articles and opinion pieces in the popular press, particularly regarding sage-grouse.

5.      After retiring I was invited by the Southwest Wyoming Local Sage-Grouse Working Group to become a volunteer member. This group is administered by the WGFD and is tasked with developing and supporting conservation efforts for sage-grouse and sagebrush habitats in southwest Wyoming. Leases WY-174Q 9-36 and 41-45 and WY-182Q 148, 151, 152 and 154-162 (which were offered at BLM's December 2017 and June 2018 lease sales, and which are challenged in Montana Wildlife Federation v. Bernhardt, No. 4:18-cv-69-BMM (D. Mont.)) are within the jurisdictional boundaries of the Southwest Local Sage-Grouse Working Group and are therefore of personal interest and relevance to me. However, I do not represent the working group herein.

6.      I volunteer for the WGFD and conduct sage-grouse lek surveys in the spring, assist with determining of the age and sex of harvested sage-grouse at the WGFD "wing-bee" in the fall, and conduct burrowing owl surveys in the summer.

7.      In retirement I have volunteered time and travel to numerous non-governmental conservation organizations, including Audubon Rockies, by advising on policy questions and participating in field tours, including to areas subject to the Montana Wildlife Federation v. Bernhardt litigation in southwest Wyoming.

8.      In retirement I continue to attend and participate in public meetings regarding sage-grouse in Wyoming, most notably the meetings of the state's Sage-Grouse Implementation Team. This group of state and federal agencies and stakeholder groups advises the Governor of Wyoming on sage-grouse issues, especially as it relates to the Governor's Sage-Grouse Executive Order.

Exhibit 1   Page 41

9.      My home is very near public lands managed by the BLM (High Desert District) and Forest Service (Flaming Gorge National Recreation Area) occupied by sage-grouse. This proximity allows me and my family to use and enjoy these lands, particularly for the fish and wildlife resources they support. I visit public lands multiple times each week, year-round, for purposes of bird (especially sage-grouse) and big game hunting, angling, hiking, camping, wildlife (including sage-grouse) watching, photography and/or dog training. Access to public lands and wildlife (especially sage-grouse) provides recreational, educational, spiritual and aesthetic benefits and undoubtedly improves my mental and physical health.

10.     Wyoming has the largest population of sage-grouse in the United States and supports 35-40% of the range-wide population. Wyoming lies within the core of the historic and present distribution of sage-grouse, a species that garners statewide interest as an iconic inhabitant of the sagebrush steppe and its game bird values. Over the past sixty years, there has been a general decline in the total number of sage-grouse in the State and across their range. As a result of this decline, states, federal agencies (until recently) and private groups have renewed and intensified their commitment to preserving sage-grouse in its native habitat.

11.     Oil and gas field-scale development has been repeatedly researched and shown to adversely impact sage-grouse populations by reducing and fragmenting habitats, reducing bird survival rates, and disturbing the birds to the point that most no longer use developed areas after a few years.

12.     The 2015 federal plans required leasing for oil and gas development be prioritized outside priority sage-grouse habitat. The 2018-26 IM and related decisions disregard those 2015 plans and render their prioritization requirements meaningless. As a result of the 2018-26 IM, the BLM has already offered new oil and gas leases covering more than one hundred thousand acres

Exhibit 1  Page 42

of priority greater sage-grouse habitat across Wyoming thereby making priority sage-grouse habitats vulnerable to the impacts of development. And the BLM continues to offer large areas of priority habitat for lease, which expands the scale of the at-risk habitat.

13.     Provisions of the Wyoming Sage-Grouse Executive Order, which is largely adhered to by the BLM in Wyoming, can reduce the level of impact associated with oil and gas development to sage-grouse and sagebrush habitat. However, the residual impacts, even with EO stipulations applied, are not insignificant, and could be severe, depending on the location of development. The development thresholds prescribed by the Executive Order allow no more than an **average** (emphasis added) of 1 well pad per 640 acres and 5 percent of the habitat disturbed (e.g. the proportion of the area turned into pads and roads). Averaging means some areas may have high well pad densities as long as other areas within the analysis area have low well pad densities. This situation could result in severe impact to large numbers of sage-grouse if the high well pad densities are placed on and around large sage-grouse leks (breeding areas). There are no provisions within the Executive Order that consider the relative numbers of grouse occupying the analysis area. Within priority habitat in Wyoming, areas with large leks (e.g. 100+ strutting males) are regulated no differently than small leks (e.g. <10 strutting males) allowing for disproportionate impacts. As a result of the 2018-26 IM, leases have been sold on top of the largest remaining sage-grouse leks, not only in Wyoming, but on Earth.

14.     Because of my professional and personal connections and commitments to the conservation of sage-grouse and sagebrush habitat, the quality of my life is greatly impacted by sage-grouse management decisions and subsequent actions. The 2018-26 IM and subsequent leasing decisions have adversely affected my interests and, more importantly, the best interests of sage-grouse as a species, and will continue to do so if allowed to continue as currently

Exhibit 1   Page 43

outlined in the IM. The court can avoid those harms by striking down the 2018-26 IM and leasing decisions challenged in the Montana Wildlife Federation v. Bernhardt case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this _16th_ day of September, 2019.

Thomas J. Christiansen

Exhibit 1   Page 44

Declaration of Elizabeth Madden

I, Elizabeth Madden, declare as follows:

1. I currently live in Bozeman, Montana, but have lived throughout the state.

2. I am a wildlife biologist and biological consultant in Montana and have been in this profession for more than 30 years.

3. I am currently a member of both the Sacajawea Audubon Society, located in Montana, and the National Audubon Society. Sacajawea Audubon builds on an interest in birds to promote the conservation of our natural environment through enjoyment, education, and action. The National Audubon Society protects birds and the places they need, today and tomorrow.

4. I have visited many of the lease parcels that were sold as part of the December 2017 and March 2018 lease sales. For the past seven years I have led an annual prairie birding field trip for Sacajawea Audubon on several parcels that are north of Big Timber and southeast of Melville, Montana. I have also birded, bird-hunted, and hiked on several parcels in the Shields Valley, southeast of Ringling, Montana, as well as on the parcels adjacent to Livingston, MT. Last, I have spent time bird-watching (and doing bird surveys for the United States Geological Survey) on parcels to the northwest of Roundup, Montana.

5. I plan to return to these areas in the future for birding, bird surveys, bird hunting, and leading bird watching tours. Enjoying and using these lands is part of both my professional and personal interests. I visit these lands every May-July on approximately four to five bird-watching or survey trips, and also in September and October for bird hunting. I plan to be out there this fall and again next May, and plan to continue doing so for the foreseeable future.

6. Many of these lands are native prairie and provide breeding habitat to some of the most imperiled prairie songbirds in North America: Sprague's pipits, chestnut-collared longspurs, McCown's longspurs, and Baird's Sparrows. These species populations have all declined by about 80% since the 1960s. They breed only in the northern Great Plains, and Montana is tremendously important breeding habitat for them, which is protected by avoiding habitat fragmentation. These lands are also home to many other prairie and sagebrush species, such as long-billed curlews, upland sandpipers, sharp-tailed grouse and greater sage-grouse. I take people on tours to see these species, too.

1

7. If there were development and drilling on these lands it would harm birds, including sage grouse and the many other species identified above, and it would definitely adversely impact my enjoyment and use of these areas.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief, and based on my personal experiences.

Executed at Bozeman, Montana on __12 Sept. 2019__.

                                                Date

_____
Elizabeth Madden

2

Exhibit 1   Page 46

<u>Declaration of Steve Regele</u>

I, Steve Regele, declare as follows:

1. I live in Joliet, Montana. I am an independent business owner and environmental consultant and contractor.

2. I am a member of the Yellowstone Valley Audubon Society (YVAS) and have been for over two decades. I have been on the YVAS Board of Directors (BOD) since 2009 and president of that Society since 2013. I am the chairman of the Conservation Committee. YVAS describes itself thusly: "Building on the tradition of special interest in birds, Yellowstone Valley Audubon Society is organized to promote enjoyment and protection of natural environment through education, activism, and conservation of bird habitat."

3. I am also an individual member of the National Audubon Society. Audubon protects birds and the places they need, today and tomorrow. In addition, YVAS is formally affiliated with the National Audubon Society and annually renews a formal affiliation agreement.

4. I have personally visited a substantial number of the parcels sold as part of the December 2017 and March 2018 lease sales in Montana, including much time spent at sites in Carbon County, Montana, each year for well over twenty years. I have done so by myself as well as with family, friends, and members and guests of YVAS. I have spent time and focus on hiking, birding, hunting (primarily deer), studying, generally recreating, and enjoying quality time on these public lands.

5. I intend to revisit many of the previously visited parcels and additional parcels in question soon, including within the next year, and to continue to do so far into the future.

6. I am a professional Ecologist and have been for over 40 years. I have over 40 years' experience in natural resources management including:

   - Conducting pre-development biologic, environmental and statutory assessments;

   - Permit application reviews, project inspections and publishing findings and upholding decisions about large and complex projects, such as expansive mining, small-and large-area exploration projects (drilling and associated water and mineral development - e.g. coal, natural gas), and addressing other drastic disturbances such as wildland fire and agricultural developments; and

   - Publishing detailed findings about impacts to lands, waters, biological and other resources, and carrying out reclamation of drastically disturbed lands and water.

1

Exhibit 1   Page 47

7. Actual drilling and related project development on the parcels in question, will result in adverse impacts on Greater Sage Grouse and associated species and habitats, and will dramatically and possibly permanently reduce the integrity, value and enjoyment of the areas to me and to countless others.

8. To a very considerable and real degree, if the lease sales are invalidated as a result of a decision on this lawsuit, then that risk is greatly reduced.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief and based on my personal experiences.

Executed at Joliet, Montana on *September 12, 2019*

                                        Date


*Steve Regele*

Steve Regele

2

Exhibit 1   Page 48

Declaration of Tina Toth

I, Tina Toth, declare as follows:

1. I live in Sheridan, Wyoming.

2. I work at an investment firm. I moved to Wyoming because of the improved quality of life, which is directly related to the outdoor experiences found across the state, including the areas discussed below. I enjoy hiking, camping, and photographing a wide range of wildlife and Wyoming's unique landscapes.

3. I am also very interested in birding and raising awareness and appreciation among the public about birds. I am member of the Bighorn Audubon Society, based out of Sheridan. I am Treasurer on the Board of Directors. Serving northeastern Wyoming, the Bighorn Audubon is an independent chapter of the National Audubon Society. Bighorn Adubon is a grassroots community that works for the protection of birds and habitats for the benefit of our communities and the region.

4. I am a member of the National Audubon Society. The National Audubon Society protects birds and the places they need, today and tomorrow.

5. I have visited several of the lease parcels that were sold as part of the June 2018 Wyoming lease sale. I have visited parcel numbers 40, 41, and 42. I have traversed these parcels and the surrounding area while visiting Chain Lakes Wildlife Habitat Management Area. Most recently it was three times in 2018 and once in 2019. I purposefully went to these areas to camp and enjoy the wide open vistas. I spent my time on these parcels, hiking and exploring the area, experiencing the remoteness and diversity of birds and wildlife. The area is well known to seasoned birders, with over 100 species being documented. Among these are Greater Sage Grouse and Mountain Plover, both of which are in trouble.

6. After having traveled personally through areas that have oil and gas development, I anticipate that the area's wildlife, including sage-grouse, will suffer if oil and gas development and related activities were to occur on these parcels. I started bird watching following a diagnosis of Intracranial Hypertension in 2013 that resulted in placement of a shunt to relieve pressure on my brain. I go to places like thes to decrease the stress in my life and I find peace here. If the further development of oil and gas on these lands continue, it will lead to less quality of life and enjoyment of these lands for me.

Executed at Sheridan, Wyoming on ___9. 21-19___.

                                  Date

_____
Tina Toth

Exhibit 1   Page 49

## DECLARATION OF TRACY STONE-MANNING

I, Tracy Stone-Manning, declare as follows:

1.       I work for the National Wildlife Federation ("NWF"), serving as Associate Vice President of Public Lands, in NWF's Rocky Mountain Regional Center in Denver, Colorado. I have held this position since September, 2017. I am personally based in Missoula, Montana, where NWF also has a Regional Office. In this capacity, I am accountable for NWF's national campaign to protect public lands, including protection of the 70 million acres of core sagebrush steppe habitat across eleven western states including Montana, Nevada, and Wyoming and other states. In this capacity, I have played a leadership role in NWF's campaign to ensure that the collaborative 2015 plans for protecting the Greater Sage-Grouse and its habitat from oil and gas and other development are successfully implemented to allow for success of the sage grouse and the preservation of important wildlife habitat on our public lands.

2.       The position I occupy within NWF was elevated in 2017 to an associate vice president position to reflect the importance of protecting public lands to the organization's mission and the broadening of the public lands work across the country.

3.       NWF is the nation's largest member-supported nonprofit conservation advocacy and education organization. NWF has more than six million members, partners, and supporters nationwide, and affiliate organizations in fifty two states and territories, including Montana, Wyoming, and Nevada. NWF is headquartered in Reston, Virginia, with field offices throughout the United States. NWF has a regional office in Missoula and more than 2,000 members in Montana.

Exhibit 1 Page 50

4.    Over the last five years, NWF has had to focus much of its resources in this strategic plan

goal area on defensive actions, even as NWF continues to push for more proactive solutions to protecting, restoring, and connecting core habitat areas.

5.    NWF works to coalesce Americans around a common agenda for wildlife protection, conservation, and advocacy. It is NWF's goal and mission to increase America's fish and wildlife populations and enhance their capacity to thrive in a rapidly changing world. A major concern for NWF is the protection wildlife habitat on public lands and the vast wildlife that depend on public lands, such as the Greater Sage-Grouse. NWF has been advocating for the protection of resources that are vital to the success of wildlife, such as public lands, since its founding in 1936. In 2017, NWF released a "Strategic Plan" that identified "expand[ing] and connect[ing] protected areas nationwide to sustain healthy fish and wildlife populations and to allow for seasonal migrations and climate-driven range shifts" as one of the organization's thirteen main goals.

6.    NWF has a long history of protecting the Greater Sage-Grouse. In Montana, NWF recognized the downward spiral of sage-grouse populations at its early stages and helped catalyze the state's first sage-grouse management plan, adopted by Montana Fish, Wildlife and Parks in 2004. NWF also supported the development of a new Montana plan to protect the greater sage grouse in 2013. Also in 2013, NWF joined with other conservation groups to support the creation and funding of the Montana Sage Grouse Oversight Committee, which coordinates the work of Montana state agencies to implement sage-grouse conservation strategies.

7.    In 2018, NWF played a lead role in bringing veterans to lobby Congress to prevent a rider on the National Defense Authorization Act, which would have prevented listing

Exhibit 1 Page 51

of the Greater Sage-Grouse under the Endangered Species Act.

8.      For many years, NWF has organized citizen science programs in Montana, Nevada, and Wyoming to count Greater Sage-Grouse on their spring breeding areas, known as "leks." Such counts remain the primary mechanism for assessing trends in Sage-Grouse populations.

9.      Since 2015, NWF has partnered with Montana Fish, Wildlife and Parks; the Bureau of Land Management; and numerous private landowners to organize youth crews to flag fences in Greater Sage-Grouse habitat— minimizing Sage-Grouse fence strikes and helping to reduce Sage-Grouse mortality.

10.     Because Greater Sage-Grouse and Greater Sage-Grouse habitat are priorities for our members, supporters, and affiliates, NWF played a leading role in the creation of BLM's 2015 Sage-Grouse conservation plans. This included playing a role in bringing together eleven states, federal agencies, and other stakeholders who agreed to this groundbreaking plan to keep the Greater Sage-Grouse from being imperiled to the point where it needed to be listed under the Endangered Species Act. Tens of thousands of NWF members and supporters submitted comments endorsing the plans to protect the iconic species and its habitat throughout public lands and intermountain West, hailing it as hallmark of collaborative cooperation between Western interests. Tens of thousands of NWF members also commented on the amendments to the conservation plans proposed by BLM in 2018. The 2018 amendments proposed to dramatically weaken oil drilling and coal mining controls established in the 2015 plans. Hearing this, NWF's members mobilized to restate their endorsement of the stronger Sage-Grouse protections in the 2015 plans.

11.     NWF has many members who watch, enjoy, hunt, and study the Greater Sage-Grouse in Montana, Wyoming, and Nevada, and throughout the West.  BLM's actions to ignore and

Exhibit 3 Page 52

undermine the protective 2015 Greater Sage-Grouse conservation plans will result in less Greater Sage-Grouse habitat and fewer birds—harming our members' abilities to use and enjoy these resources. BLM's actions also undercut NWF's efforts to conserve Greater Sage-Grouse and the resources NWF has devoted to those efforts, making it harder for NWF to fulfill its mission to protect and restore wildlife and their habitats. NWF members are also concerned that about impacts to myriad other species that rely on Greater Sage-Grouse habitat if it is impacted by oil and gas operations. Finally, if oil and gas development in Greater Sage-Grouse habitat results in the species being listed under the Endangered Species Act, in addition to the intrinsic concern for the species itself, members are concerned that such a listing could result in measures that will restrict members' access or activities in in a manner that impairs their enjoyment and use of these resources.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on ____9.27.19_____

____[signature]_____

Tracy Stone-Manning

Exhibit 1 Page 53

## DECLARATION OF ROBERT GAUDET

I, Robert Gaudet, declare as follows:

1.      I am a current member of the National Wildlife Federation ("NWF") and have been a

member for the past fifteen years. I am a resident of Nevada, where I have lived for fifty years.

2.      I am currently the President of the Nevada Wildlife Federation ("NVWF"), an affiliate

organization of NWF, and have been in that role for over ten years. In this capacity, I represent

NVWF at NWF's annual meetings. As an affiliate representative, I directly vote on NWF Policy

Resolutions and for directors to the NWF Board of Directors.

3.      I am a hunter, angler, wildlife watcher, and outdoorsman. I routinely use Nevada federal

public lands for these purposes, including the federal public lands offered for leasing in Nevada

at December 2017, March 2018 and June 2018 oil and gas lease sales held the Bureau of Land

Management ("BLM")). I am familiar with the Department of Interior's ("DOI") 2018

Instruction Memorandum 2018-026 ("2018 IM") and former Secretary of Interior Ryan Zinke's

internal memo ("2017 Zinke Memo") directing BLM to disregard certain requirements under the

2015 Greater Sage-Grouse Plans. I am aware that both of these DOI documents make it

substantively easier to lease in Priority Habitat Management Areas ("PHMAs") and General

Habitat Management Areas ("GHMAs"), including lease areas in the Nevada public lands that I

regularly use.

4.      I began hunting, fishing, and wildlife watching in the region some fifty years ago. Alone

or with a companion or companions, I routinely venture into the Nevada wilderness to appreciate

the sublime beauty and majesty of the Great Basin and Mojave Desert ecosystems. After a half-

century later, I still recreate in those same areas—now often with my daughter. My family and I

treasure these lands and plan to continue using these same lands in the future.

Exhibit 1  Page 54

5.      On these lands and elsewhere, I hunt big game: elk, mule deer, antelope and big-horned sheep, along with many small game species like dove, quail, chukar, rabbit etc. My household consumes big game for sustenance, and I have a freezer full of meat from the game I hunt. The leases on federal lands enabled by the 2018 IM and the 2017 Zinke Memo, if developed, will almost certainly thin the populations of these big game animals by preventing the animals from migrating to or from other regions in which the animals breed, feed, or shelter. This would directly, negatively impact my ability to hunt these species for sport and sustenance by limiting their numbers in these and other areas. The leasing of these Parcels, and the Department of Interior's professed intent to disregard the 2015 Greater Sage-Grouse Plans, would be the direct cause of my diminished enjoyment—including any negative impacts to my ability to see and interact with the Greater Sage-Grouse.

6.      I am a Sage-Grouse enthusiast. I value the birds both for their own innate beauty and for their role in the larger sagebrush-steppe habitat. I stop to appreciate Sage-Grouse whenever I come across them while trekking through Nevada public lands. I particularly enjoy observing the Sage-Grouse "leks," which I have witnessed on several occasions. I am grateful whenever I happen upon Sage-Grouse, as I have come to see the birds as an indicator species for the sagebrush-steppe on the whole. Because the Sage-Grouse rely upon large, uninterrupted tracts of sagebrush habitat for their survival, I see the health of the larger Great Basin and Mojave Desert ecosystems as inextricably linked with the health of the Sage-Grouse populations. Seeing the Greater Sage-Grouse thrive brings me a deep sense of comfort and peace of mind, as their presence alone serves as a reminder that the Nevada lands I cherish continue to be healthy and productive habitat—for the Sage-Grouse and for over 300 other species that reside there.

Exhibit 1   Page 55

7.      In 2002, NVWF released an informational booklet concerning the habitat needs of Greater Sage-Grouse entitled "Enhancing Sage Grouse Habitat—A Nevada Landowners Guide." As an NVWF member at the time, I assisted NVWF's efforts to disseminate this to Nevada ranchers so as to help protect the Greater Sage-Grouse.  I continue to try to educate my fellow Nevadans on the need to protect these remarkable birds.

8.      I am concerned that the leases enabled by the 2018 IM and the 2017 Zinke Memo will result in overall habitat degradation to the point where the Greater Sage-Grouse will be listed as threatened or endangered under the Endangered Species Act.  Not only would this harm my ability to enjoy seeing the Grouse on public lands, but I am also very concerned that this will limit my ability to access the land. For instance, I regularly participate in local efforts to install and maintain water "guzzlers" on Nevada public lands, including BLM lands at issue in the lease sales referenced above.  Water "guzzlers" are catchments that collect and store rainfall for use by local fauna. I am deeply concerned about how the leasing of these Parcels enabled by the 2018 IM and the 2017 Zinke Memo will impact my ability to participate in these efforts and, in turn, how the lack of water catchments will negatively impact the wildlife that depends on them. If the leasing of these Parcels per the 2018 IM and the 2017 Zinke Memo result in the listing of Sage-Grouse under the Endangered Species Act ("ESA"), I would likely not be able to bring the equipment necessary to construct these "guzzlers" into the Sage-Grouse habitat, as the protected status would almost certainly limit use of wheeled vehicles in the sagebrush steppe needed to construct "guzzlers."

9.      I have witnessed development on other lease areas disrupt Greater Sage-Grouse and other native animal populations. I experience a palpable sensation of personal loss knowing that those sensitive populations may never recover and that my future attempts to enjoy wildlife watching

Exhibit 1   Page 56

on those lands may be thwarted. It seems inevitable that the development enabled by the 2018 IM and the 2017 Zinke Memo will further disrupt native populations and my ability to use and enjoy these lands.

10.     A ruling by this court preventing BLM from leasing the federal lands described above and setting aside the orders passed down to BLM in the 2018 IM and the 2017 Zinke Memo would redress the threat of imminent injury to my ability to use and enjoy the Greater Sage-Grouse's sagebrush-steppe habitat. With a court ruling preventing BLM from leasing these federal lands and carrying out the directives in the 2018 IM and the 2017 Zinke Memo, Greater Sage-Grouse habitat would again be better protected, and I would continue hunting, angling, and wildlife watching in Nevada public lands as I have for over a half century, without impedance.

        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

        Signed this 24th day of September, 2019,


        *Robert Gaudet*

        Robert Gaudet

Exhibit 1   Page 57

## DECLARATION OF MATTHEW HOLLORAN

I, Matthew Holloran, declare as follows:

**Introduction**

1.  I am principal and senior ecologist of Operational Conservation LLC, an environmental consulting firm based out of Colorado.  I received my PhD from the University of Wyoming in 2005 studying the response of greater sage-grouse to natural gas development in western Wyoming.  I specialize in the long-term research of sagebrush-obligate wildlife species, and my research over the past 20 years has focused on investigating the effects of anthropogenic activity, especially energy development, on greater sage-grouse populations.  I have been engaged in state-level conservation planning for greater sage-grouse, especially in Wyoming where I am a technical advisor to the Governor-appointed Sage-Grouse Implementation Team.  In the course of my work I have become familiar with the BLM's 2015 and 2019 resource management plan amendments (ARMPs) addressing greater sage-grouse conservation, BLM's instructional memoranda and other guidance documents for implementing the ARMPs, and most state-level conservation planning documents. A copy of my curriculum vitae is attached to this declaration for reference.

2.  I have reviewed the Environmental Assessments (EAs), Findings of No Significant Impact (FONSIs), Determinations of NEPA Adequacy (DNAs), and other documents supporting the December 2017 and March 2018 BLM oil and gas lease sales in Montana, and the June 2018 BLM lease sale in Wyoming, which are discussed in this declaration (the three lease sales).  In addition, I have reviewed the EAs, FONSIs, DNAs and other documents for other lease sales at issue in <u>Montana Wildlife Federation v. Bernhardt</u>, Case No. 4:18-cv-00069-BMM (D. Mont.).  The statements in this declaration are based on my review of these documents, the afore-mentioned federal and state guidance documents, the literature referenced in this declaration, and my personal experience as a researcher.

3.  Through this declaration I provide background information on greater sage-grouse habitat requirements, the documented response of the species to anthropogenic disturbance focusing on the response to energy development, and more recent (i.e., from 2015) federal efforts to manage the species.  I then discuss the potential ramifications to greater sage-grouse of recent management decisions made at the federal level, and potential concerns of developing the leased parcels from the three lease sales given current management direction.  Specific sources of information (i.e., figures and tables) referenced in this declaration and not included as attachments to this declaration are available online; links to these sources of information are included in the list of the literature cited attached to this declaration.

4.  As detailed below, the impacts to greater sage-grouse from developing leases offered in the three lease sales extend well beyond the physical footprint of the leases; in some cases the spatial and temporal extent of the potential impacts of developing the leases could be substantial.  The scientific literature suggests that development of the leases associated with the three lease sales, singly and in combination with other leases being offered by BLM, pose a potential risk to regional greater sage-grouse populations across the eastern portions of the species' range (an

1

Exhibit 1   Page 58

area covering much of Montana, Wyoming, Colorado and potentially other states; reference Figure 1).

**Background on Greater Sage-Grouse**

5.  The scientific literature unequivocally establishes that greater sage-grouse conservation must be implemented at landscape spatial scales to provide the large, functional, connected habitat patches that include the diversity of resources the species requires seasonally and annually.  To sustain greater sage-grouse populations, areas designated to promote broad-scale conservation of the species (e.g., priority habitat management areas (PHMAs) described under the ARMPs and discussed in more detail below) need to include all necessary seasonal ranges (i.e., breeding, summer and winter ranges), and individual greater sage-grouse must be able to access these ranges to survive their annual life-cycle (Connelly et al. 2000, Connelly et al. 2011, Dahlgren et al. 2016).  Further, connectivity corridors that allow movement of individual greater sage-grouse among these priority management areas must be maintained (Knick and Hanser 2011, Burkhalter et al. 2018).

6.  Greater sage-grouse are a landscape-scale species with populations that generally inhabit large, interconnected expanses of sagebrush (see Connelly et al. 2004, Connelly et al. 2011).  Researchers have estimated that the size of a landscape capable of supporting breeding habitats of a single interspersed population of greater sage-grouse generally exceeds 390 square miles (≈250,000 acres) and may exceed 1,080 square miles (≈690,000 acres; Leonard et al. 2000, Walker et al. 2007, Doherty 2008, Connelly et al. 2011).

7.  Habitat connectivity and the genetic dispersal among priority management areas occurring as a result of habitat connectivity is necessary to maintain the distribution of greater sage-grouse populations (Knick and Hanser 2011, Row et al. 2015, Jahner et al. 2016, Row et al. 2016).  Effective dispersal (i.e., dispersal of an individual that results in gene flow) shapes evolutionary dynamics and is critical for persistence of wildlife populations, including greater sage-grouse (Row et al. 2016).  Individual greater sage-grouse regularly disperse effectively over 30 miles, and individuals have been documented dispersing effectively up to 120 miles (Cross et al. 2017).

8.  Within the larger landscape supporting populations of greater sage-grouse, individuals rely on habitats with a diversity of species and subspecies of sagebrush interspersed with a variety of other habitats.  Sagebrush-dominated habitats are used throughout the fall, winter and spring/early summer, with greater sage-grouse relying on the plant diversity within these habitats throughout these seasons.  For example, windswept sagebrush ridges are important during the winter, whereas dense stands of taller sagebrush are important for nesting and raising chicks during the spring and early summer.  Habitats not dominated by sagebrush (e.g., riparian meadows) are intermixed with stands of sagebrush and these areas are used by greater sage-grouse during the summer; summer habitats may be important earlier in the year (e.g., early summer) during abnormal years (e.g., severe drought; Connelly et al. 2011).

9.  Distinct seasonal ranges are often widely dispersed, with movements up to 12 miles between nesting and summer ranges and up to 22 miles between summer and winter ranges common (Fedy et al. 2012, Dahlgren et al. 2016).  During years with above average snow accumulation,

greater sage-grouse may move more than 90 miles between summer and winter ranges to find the food and shelter required for survival (Newton et al. 2017).  The distances between seasonal ranges and documented movements of individual greater sage-grouse support the suggestion that landscapes comprising the diversity of habitats required by a single population generally encompass several hundred thousand acres.

**Background on Greater Sage-Grouse Response to Human-Related Impacts**

10.  Increasing measures of cumulative human-related impacts (e.g., infrastructure densities, habitat fragmentation indices, anthropogenic footprint indices, etc.) are consistently related to declining greater sage-grouse populations across the range of the species (see Manier et al. 2013, Hanser et al. 2018).  These measures have generally been summarized in 28 to 380 square mile areas (i.e., circles with radii of 3 to 11 miles, respectively; Wisdom et al. 2011, Knick et al. 2013, Doherty et al. 2016), but negative relationships between measures of cumulative effects and greater sage-grouse population persistence in areas up to 1,130 square miles (i.e., a circle with 19-mile radius; 723,200 acres) have been documented (Aldridge et al. 2008).

11.  Greater sage-grouse population persistence and abundance in an area are directly related to the level of connectivity between that area and adjacent population strongholds.  The loss of connectivity among greater sage-grouse population strongholds due to human-related or naturally occurring disturbance is a strong predictor of long-term population declines and decreased population-level genetic diversity (Knick and Hanser 2011, Row et al. 2016, Burkhalter et al. 2018).

12.  Human-related disturbances in sagebrush habitats may have impacts on greater sage-grouse that extend for miles beyond the footprint of the disturbance itself.  For example, eliminating a square mile of sagebrush habitat can impact greater sage-grouse across an area 10 times the size of the physical disturbance (Smith et al. 2016).  The scale of impact is due to a distance-effect of disturbance where greater sage-grouse are impacted to a greater extent when a disturbance is placed near seasonal habitat with the impact diminishing as distance from the habitat to that disturbance increases.  Distance-effects associated with the infrastructure of oil and gas and other energy development are well established in the literature (see Manier et al. 2014).

13.  Negative effects of infrastructure typically extend 1 to 4 miles from that infrastructure, but impacts to greater sage-grouse can extend to 12 miles in some situations (see Naugle et al. 2011, Manier et al. 2014).  The majority of the research has investigated the response of breeding sage-grouse to energy development, with studies consistently reporting impacts from infrastructure on the number of males occupying breeding grounds (known as leks) to approximately 2 miles, with lesser impacts consistently apparent to approximately 4 miles.  Additionally, distance-effects of infrastructure associated with energy developments of between approximately 0.9 and 1.7 miles on average have been noted during nesting, brood-rearing, and winter (see Naugle et al. 2011, Manier et al. 2013, Hanser et al. 2018).

14.  The total disturbance within a given area and the placement of infrastructure within that area are important indicators of landscape suitability for greater sage-grouse (Doherty et al. 2010, Burkhalter et al. 2018).  For example, the likelihood that greater sage-grouse will abandon a lek

3

Exhibit 1   Page 60

increases when infrastructure associated with gas and oil development surrounds the lek (as compared to a lek situated where infrastructure remains clumped to one side; Holloran 2005, Doherty et al. 2010). The documented impact is likely due to direct (e.g., distance effects) and indirect (e.g., isolation due to a loss of connectivity among seasonal ranges) effects.

15. In addition to behavioral impacts (i.e., avoidance of development), research has documented negative demographic consequences of placing infrastructure of energy developments in or near greater sage-grouse habitats. Documented impacts include: reduced annual adult female survival, reduced chick survival, increased risk of nest failure, increased risk of brood failure, and reduced fecundity (probability of establishing a breeding territory) in yearling males (see Manier et al. 2013, Hanser et al. 2018).

**Background on Range-Wide Greater Sage-Grouse Management Strategies**

16. In September 2015, BLM adopted resource management plan amendments (ARMPs) outlining a strategy to limit disturbance within greater sage-grouse population strongholds across ten western states. In general, the ARMPs describe a layered management approach based on key habitats including priority habitat management areas (PHMAs) which are areas with relatively high densities of breeding greater sage-grouse, and general habitat management areas (GHMAs) which encompass the majority of occupied habitat outside priority areas (Figure 1). PHMAs receive the highest level of protection while GHMAs receive some protections but have more managerial flexibility. These plans were instrumental in the U.S. Fish and Wildlife Service (USFWS) issuing a not warranted listing designation for greater sage-grouse under the Endangered Species Act in 2015 (USFWS 2015).

17. Because PHMAs are discrete areas located throughout the range of greater sage-grouse (Figure 1), the long-term success of BLM's conservation strategy depends not only on maintaining suitable habitats within each priority area, but also in large part on maintaining the connectivity of populations among these priority areas. In most regions throughout the range of the greater sage-grouse, specific movement corridors among priority habitats were not identified and included as management priorities in the ARMPs. However, because designated GHMAs provide potential movement corridors between most of the priority habitat areas, most potential movement corridors were included as BLM designated greater sage-grouse habitat.

18. A relatively small number of large, centrally located priority areas are important as focal points for connectivity between more peripheral priority areas throughout the range of greater sage-grouse (Knick et al. 2013, Crist et al. 2017). For example, a large area of PHMA located in central Wyoming acts as a hub with multiple connectivity spokes radiating from this area to peripheral priority areas throughout Wyoming, Montana, northwestern Colorado, and eastern Utah (reference Crist et al. 2017 Figure 3). Peripheral populations could be connected to as few as one adjacent greater sage-grouse population (Knick et al. 2013).

19. The prioritization of oil and gas leasing and development outside of PHMAs and GHMAs is a primary provision in the 2015 ARMPs providing BLM with a viable approach to avoiding impacts to greater sage-grouse at landscape scales (i.e., maintaining connectivity among PHMAs). However, BLM issued Instructional Memorandum (IM) 2018-026 in December 2017

undermining the prioritization provision included in the 2015 ARMPs by providing that the BLM does not need to lease and develop outside of greater sage-grouse habitat management areas before considering any leasing and development within greater sage-grouse designated habitats (BLM 2017).

20.  In March 2019, BLM made some important amendments to the 2015 ARMPs.  The 2019 changes weakened the ability of government stakeholders to manage greater sage-grouse effectively at landscape spatial scales.  Among other changes, the 2019 amendments eliminated the leasing and development prioritization directive in Utah, and limited it to PHMA in Wyoming.  The Montana ARMPs were not amended.

**Effects of Changes to 2015 ARMPs on Greater Sage-Grouse Conservation**

21.  While conservation and management of natural resources ultimately occur at local levels, site-specific decisions must be informed and guided by the potential consequences of those decisions at larger spatial scales.  Consideration of landscape-scale dynamics are critical aspects of local efforts addressed through federal engagement in greater sage-grouse conservation.  By relying almost solely on state-level strategies to manage federal lands in the 2019 ARMPs, the BLM is not fulfilling its critical role of considering landscape dynamics when it comes to conserving greater sage-grouse.

22.  The substantive changes to the 2015 ARMPs that were incorporated into the 2019 ARMPs promote management at project-level spatial scales and reduce protections in general habitats.  Cumulatively, these changes could result in the ineffective management of the landscapes required to conserve greater sage-grouse populations now and into the future.  Failure to take into account large-scale dynamics through space and time when managing greater sage-grouse likely will lead to an overall loss of habitat quantity and quality resulting in population declines.

23.  The consequences of reduced protection may exacerbate other events that adversely impact greater sage-grouse populations.  A long-term (from the 1960s) declining trend in greater sage-grouse populations across the species' range has been documented (Nielson et al. 2015), and populations are projected to decline farther if current trends in habitat degradation and loss continue (Hanser et al. 2018).  For example, the State of Montana recently reported that population estimates for greater sage-grouse in that state declined 44% from 2016 to 2019; the State attributed declines to drought conditions (populations declined from an estimated 78,000 individuals in 2016 to 44,000 individuals in 2019; reference Montana Fish, Wildlife and Parks 2019 Table 1).

24.  From February 2017 to March 2019, the per month rate of leasing and applications for permits to drill (APD) approval in all BLM designated greater sage-grouse habitats (PHMA and GHMA) increased 2 to 3 times, and these rates increased 7 to 10 times in PHMA as compared to rates from October 2015 to January 2017 (Gardner et al. 2019).  These changes in rates of leasing and development support the conclusion that changes to the 2015 ARMPs likely contributed to an increase in greater sage-grouse habitat degradation, which could lead to population declines.

5

Exhibit 1   Page 62

25.  General habitat is important not only for connectivity among priority habitats, but these areas may also be critical for long-term greater sage-grouse population persistence.  In the face of climate change and potential changes in the distribution of greater sage-grouse habitats and populations, retaining the functional integrity of general habitats is important for retaining management options and maintaining populations in the future (Heinrichs et al. 2019).  The 2019 ARMPs weakened protections in, and in some cases eliminated, GHMAs.

**Lease-specific Effects to Greater Sage-Grouse**

26.  Development of the leased parcels associated with the three lease sales has the potential to jeopardize the conservation of greater sage-grouse through space (i.e., direct impacts; isolation of priority populations) and time (i.e., reduced resiliency to changes in habitat distributions as a result of climate change).  These impacts may extend far beyond the footprint of the development itself (i.e., distance effects; disruption of connectivity; cumulative impacts), and may result in greater sage-grouse population declines across eastern portions of the species' range (i.e., Management Zones (MZs) 1, 2 and 7; reference Figure 1).

27.  Greater sage-grouse are directly impacted by energy development that occurs in or near seasonally-important habitats.  As described, research has documented negative behavioral and demographic responses of greater sage-grouse to the infrastructure of energy developments.  In the three lease sales, approximately 21% of the parcels offered for sale in the three lease sales (93 of 446 parcels) are located at least partially in PHMA.  This suggests potential for direct behavioral (i.e., avoidance of development) and demographic (i.e., reduced population growth) impacts to greater sage-grouse that are a priority for conservation.

28.  Further, approximately 89% of the parcels offered in the three lease sales (397 of 446 parcels) are located in designated greater sage-grouse habitat (i.e., PHMA and GHMA).  Because of distance effects, development of those leases situated in GHMA but in close proximity to PHMA will likely further contribute to directly impacting greater sage-grouse that are a priority for conservation (Green et al. 2017, Spence et al. 2017).

29.  Cumulative impacts are negative effects on resources within an area or region caused by a combination of past, present and future management actions; each individual impact may be minor, but added together across space and time these impacts may be significant.  Cumulative impacts compound the spatial impact associated with the development of leases situated relatively near one-another.  For example, the development of multiple leases separated by 4 miles or less (i.e., where consistent distance effect buffers overlap) have a high likelihood of contributing to cumulative effects.  This sort of straight-forward assessments (e.g., considering only effect distances) of potential cumulative impacts suggest that development of multiple leases could contribute to a higher degree of direct impact to greater sage-grouse than the impact anticipated considering the leases independently.  This concern is especially evident in areas with numerous leases spread throughout a given region; for example Box #1 in MT and Box #7 in WY (Figure 2).

30.  Management decisions that disrupt connectivity and effective dispersal among priority areas can also have consequences for greater sage-grouse populations that extend far beyond the

6

Exhibit 1   Page 63

decision area itself.  As mentioned, approximately 89% of the parcels offered in the three lease sales are in designated greater sage-grouse habitat.  Designated habitats outside of priority areas (i.e., GHMA) may be important as connectivity corridors among priority areas, especially in situations where these corridors have not been explicitly identified by the BLM and protected in their ARMPs, which is the case for the majority of the greater sage-grouse range.  Development in GHMAs associated with the three lease sales could disrupt movement of greater sage-grouse among PHMAs resulting in the isolation of peripheral priority habitats in northern Wyoming and Montana in particular increasing the likelihood of greater sage-grouse population declines in these areas.

31.  The potential for disruption to critical connectivity corridors is of greatest concern in central portions of the greater sage-grouse range where the disruption of a connectivity corridor originating from a critical population stronghold could isolate numerous peripheral priority areas which in turn could lead to declines in and reduced persistence of populations of greater sage-grouse throughout eastern portions of the species' range.  The development of leases, specifically those in southwestern Wyoming (e.g., Box #7; Figure 2), impact a centrally-located population stronghold which may lead to disruption of numerous critical connectivity corridors affecting the persistence of greater sage-grouse populations in northern Wyoming, Montana, Utah and Colorado.

32.  Further, disruption of "pinch points" (narrow stretches along connectivity corridors), for example along corridors in southeastern Montana (e.g., Box #1; Figure 2), could contribute to the physical and genetic isolation of multiple peripheral greater sage-grouse populations farther to the north in Montana.  Given distance effects, the infrastructure associated with the development of a single lease situated in a pinch point has the potential to restrict greater sage-grouse movement among priority areas (reference Crist et al. 2017 Figures 3 and 4).

33.  Climate change makes protection of GHMAs important for reasons other than connectivity.  Climate change could cause a shift in the distribution of greater sage-grouse habitats and populations resulting in increased conservation importance of habitats currently supporting low densities of greater sage-grouse.  The areas projected to increase in importance for greater sage-grouse populations in southwestern Wyoming in the future are currently designated as GHMA (Heinrichs et al. 2019).  As such, development of GHMAs associated with the three lease sales could reduce management options in the future and jeopardize the conservation of greater sage-grouse populations in the long-term.

**Conclusion**

34.  BLM in the documents supporting the three lease sales does not provide substantive or directly relevant analyses of the reasonably foreseeable impacts to greater sage-grouse of developing the parcels offered in the three lease sales.  Because of this lack of lease-specific impact information, it is necessary to rely on the scientific literature to establish the potential consequences to greater sage-grouse of developing the leases associated with these sales.

35.  The scientific literature unequivocally supports the conclusion that development of the leases in the three lease sales could negatively impact greater sage-grouse populations presently

and into the future within the priority habitats where the development occurs.  Further, the literature suggests that development of the leases in general habitats could negatively impact priority greater sage-grouse populations presently and into the future extending well beyond the footprint of the likely development.

36.  The potential scale of impact to greater sage-grouse through space and time of development of the leased parcels associated with the three lease sales suggests that the leases in aggregate pose a risk to regional populations that extend to all the leased parcels as well as areas removed from any of the leased parcels being considered.  As discussed, the impacts of development may contribute to greater sage-grouse population declines at scales much larger than the footprints of development themselves, suggesting that user groups across eastern portions of the species' range (i.e., Management Zones (MZs) 1, 2 and 7; reference Figure 1) could be impacted by actions resulting from the development of any group of leased parcels associated with the three lease sales.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 19 day of September 2019,


_____

Matthew Holloran

8

Exhibit 1   Page 65

**Figures**
***Figure Captions (Figures displayed on following pages)***

Figure 1.  Map of the western U.S. developed by the U.S. Geological Survey (Manier et al. 2013; Figure 3, pg. 8).  In support of this declaration, the map depicts lands that are designated for greater sage-grouse as:  (1) Preliminary Priority Habitat (pink), and (2) Preliminary General Habitat (blue).  Note that this map depicts draft priority and general habitats and that the boundaries depicted here were modified to establish currently designated Priority and General Habitat Management Areas (PHMA and GHMA).  These modifications were not substantial and do not change the points being supported by Figure 1 in the declaration.

Figure 2.  Map of the western U.S. developed by Rocky Mountain Wild.  In support of this declaration, the map depicts the leases associated with the three lease sales plus additional lands recently leased by the BLM.  This declaration is focused on a subset of the leases identified, including Montana portions of Boxes 1 through 5, and Boxes 7 and 8 in Wyoming.

9

Exhibit 1   Page 66

Figure 1



10

Exhibit 1   Page 67

Figure 2



11

Exhibit 1 Page 68

## Literature Cited

Aldridge, C.L., Nielsen, S.E., Beyer, H.L., Boyce, M.S., Connelly, J.W., Knick, S.T., and Schroeder, M.A.  2008.  Range-wide patterns of greater sage-grouse persistence. Diversity and Distributions 14:983–994.

Bureau of Land Management (BLM).  2017.  Implementation of Greater Sage-Grouse Resource Management Plan Revisions or Amendments – Oil & Gas Leasing and Development Prioritization Objective. Available online: https://www.blm.gov/policy/im-2018-026

Burkhalter, C., Holloran, M.J., Fedy, B.C., Copeland, H.E., Crabtree, R.L., Michel, N.L., Jay, S.C., Rutledge, B.A., and Holloran, A.G.  2018.  Landscape-scale habitat assessment for an imperiled avian species.  Animal Conservation doi:10.1111/acv.12382.

Connelly, J.W., Knick, S.T., Schroeder, M.A., and Stiver, S.J.  2004.  Conservation assessment of greater sage-grouse and sagebrush habitats.  Western Association of Fish and Wildlife Agencies, Cheyenne, WY, USA.

Connelly, J.W., Rinkes, E.T., and Braun, C.E.  2011.  Characteristics of greater sage-grouse habitats—A landscape species at micro and macro scales.  In Knick, S.T., and Connelly, J.W., eds., Greater sage-grouse—Ecology and conservation of a landscape species and its habitats.  Studies in Avian Biology 38:69–83.

Connelly, J.W., M.A. Schroeder, A.R. Sands, and C.E. Braun.  2000.  Guidelines to manage sage grouse populations and their habitats.  Wildlife Society Bulletin 28:1-19.

Crist, M.R., Knick, S.T., and Hanser, S.E.  2017.  Range-wide connectivity of priority areas for greater sage-grouse—Implications for long-term conservation from graph theory.  The Condor 119:44–57.  http://www.bioone.org/doi/pdf/10.1650/CONDOR-16-60.1.

Cross, T.B., Naugle, D.E., Carlson, J.C., and Schwartz, M.K.  2017.  Genetic recapture identifies long-distance breeding dispersal in greater sage-grouse (*Centrocercus urophasianus*).  The Condor 119:155–166.

Dahlgren, D.K., Messmer, T.A., Crabb, B.A., Larsen, R.T., Black, T.A., Frey, S.N., Thacker, E.T., Baxter, R.J., and Robinson, J.D.  2016.  Seasonal movements of greater sage-grouse populations in Utah—Implications for species conservation.  Wildlife Society Bulletin 40:288–299.

Doherty, K.E.  2008.  Sage-grouse and energy development:  integrating science with conservation planning to reduce impacts.  PhD Dissertation, University of Montana, Missoula, MT, USA.

Doherty, K.E., Evans, J.S., Coates, P.S., Juliusson, L.M., and Fedy, B.C.  2016.  Importance of regional variation in conservation planning—A rangewide example of the greater sage-grouse.  Ecosphere 7:e01462.

Doherty, K.E., Naugle, D.E., and Evans, J.S.  2010.  A Currency for Offsetting Energy Development Impacts: Horse-Trading Sage-Grouse on the Open Market.  PLoS ONE 5:e10339.

Fedy, B.C., Aldridge, C.L., Doherty, K.E., O'Donnell, M., Beck, J.L., Bedrosian, B., Holloran, M.J., Johnson, G.D., Kaczor, N.W., Kirol, C.P. and Mandich, C.A.  2012.  Interseasonal movements of greater sage-grouse, migratory behavior, and an assessment of the core regions concept in Wyoming.  The Journal of Wildlife Management 76:1062-1071.

Gardner, G., J. Carlisle and C. LeBeau.  2019.  Oil and gas development on federal lands and sage-grouse habitats October 2015 to March 2019.  Western EcoSystems Technology, Inc., Cheyenne, WY, USA.  Available online:

https://www.audubon.org/sites/default/files/greater_sage-grouse_habitat_reportfinal_20190725.pdf

Green, A.W., Aldridge, C.L., and O'Donnell, M.S.  2017.  Investigating impacts of oil and gas development on greater sage-grouse.  Journal of Wildlife Management 81:46–57.  Available online:  https://doi.org/10.1002/jwmg.21179.

Hanser, S.E., Deibert, P.A., Tull, J.C., Carr, N.B., Aldridge, C.L., Bargsten, T.C., Christiansen, T.J., Coates, P.S., Crist, M.R., Doherty, K.E., Ellsworth, E.A., Foster, L.J., Herren, V.A., Miller, K.H., Moser, Ann, Naeve, R.M., Prentice, K.L., Remington, T.E., Ricca, M.A., Shinneman, D.J., Truex, R.L., Wiechman, L.A., Wilson, D.C., and Bowen, Z.H.  2018.  Greater sage-grouse science (2015–17)—Synthesis and potential management implications.  U.S. Geological Survey Open-File Report 2018–1017, https://doi.org/10.3133/ofr20181017.

Heinrichs, J.A., M.S. O'Donnell, C.L. Aldridge, S.L. Garman, and C.G. Homer.  2019.  Influences of potential oil and gas development and future climate on sage-grouse declines and redistribution.  Ecological Applications e01912. 10.1002/eap.1912.

Holloran, M.J.  2005.  Greater sage-grouse (*Centrocercus urophasianus*) population response to natural gas field development in western Wyoming.  PhD Dissertation, University of Wyoming, Laramie, WY, USA.

Jahner, J.P., Gibson, D., Weitzman, C.L., Blomberg, E.J., Sedinger, J.S., and Parchman, T.L.  2016.  Fine-scale genetic structure among greater sage-grouse leks in central Nevada.  BMC Evolutionary Biology 16:127.

Knick, S.T., and Hanser, S.E.  2011.  Connecting pattern and process in greater sage-grouse populations and sagebrush landscapes.  In Knick, S.T., and Connelly, J.W., eds., Greater sage-grouse—Ecology and conservation of a landscape species and its habitats.  Studies in Avian Biology 38:383–406.

Knick, S.T., Hanser, S.E., and Preston, K.L.  2013.  Modeling ecological minimum requirements for distribution of greater sage-grouse leks—Implications for population connectivity across their western range, USA.  Ecology and Evolution 3:1539–1551.

Leonard, K.M., K.P. Reese, and J.W. Connelly.  2000.  Distribution, movements and habitats of sage grouse Centrocercus urophasianus on the Upper Snake River Plain of Idaho: changes from the 1950s to the 1990s.  Wildlife Biology 6:265-270.

Manier, D.J., Bowen, Z.H., Brooks, M.L., Casazza, M.L., Coates, P.S., Deibert, P.A., Hanser, S.E., and Johnson, D.H.  2014.  Conservation buffer distance estimates for greater sage-grouse—A review.  U.S. Geological Survey Open-File Report 2014–1239, https://doi.org/10.3133/ofr20141239.

Manier, D.J., Wood, D.J.A., Bowen, Z.H., Donovan, R.M., Holloran, M.J., Juliusson, L.M., Mayne, K.S., Oyler-McCance, S.J., Quamen, F.R., Saher, D.J., and Titolo, A.J.  2013.  Summary of science, activities, programs, and policies that influence the rangewide conservation of Greater Sage-Grouse (*Centrocercus urophasianus*).  U.S. Geological Survey Open-File Report 2013–1098, https://pubs.usgs.gov/of/2013/1098/.

Montana Fish, Wildlife and Parks.  2019.  Montana greater sage-grouse population report.  Helena, Montana, USA.  Available online:  https://leg.mt.gov/content/Committees/Interim/2019-2020/EQC/Meetings/Sept-2019/sage-grouse-2019.pdf

Naugle, D.E., Doherty, K.E., Walker, B.L., Copeland, H.E., Holloran, M.J., and Tack, J.D.  2011.  Sage-grouse and cumulative impacts of energy development.  pp. 55-70 in D. E.

Naugle (ed).  Energy development and wildlife conservation in western North America.  Island Press, Washington, DC, USA.

Newton, R.E., Tack, J.D., Carlson, J.C., Matchett, M.R., Fargey, P.J., and Naugle, D.E.  2017.  Longest sage-grouse migratory behavior sustained by intact pathways.  Journal of Wildlife Management 81:962–972.

Nielson, R.M., L.L. McDonald, J. Mitchell, S. Howlin, and C. LeBeau.  2015.  Analysis of greater sage-grouse lek data: Trends in peak male counts 1965-2015.  Western EcoSystems Technology, Inc., Cheyenne, Wyoming, USA.  Available online: file:///C:/AB%20Literature/Recently%20Received%20January%202017/WAFWA%20Lek%20Trend%20Analysis_WEST%20Inc_2015.pdf

Row, J.R., Oyler-McCance, S.J., and Fedy, B.C.  2016.  Differential influences of local subpopulations on regional diversity and differentiation for greater sage-grouse (*Centrocercus urophasianus*).  Molecular Ecology 25:4424–4437.

Row, J.R., Oyler-McCance, S.J., Fike, J.A., O'Donnell, M.S., Doherty, K.E., Aldridge, C.L., Bowen, Z.H., and Fedy, B.C.  2015.  Landscape characteristics influencing the genetic structure of greater sage-grouse within the stronghold of their range—A holistic modeling approach.  Ecology and Evolution 5:1955–1969.

Smith, J.T., Evans, J.S., Martin, B.H., Baruch-Mordo, S., Kiesecker, J.M., and Naugle, D.E.  2016.  Reducing cultivation risk for at-risk species—Predicting outcomes of conservation easements for sage-grouse.  Biological Conservation 201:10–19.

Spence, E.S., Beck, J.L., and Gregory, A.J.  2017.  Probability of lek collapse is lower inside sage-grouse core areas—Effectiveness of conservation policy for a landscape species.  PloS ONE 12. e0185885, https://doi.org/10.1371/journal.pone.0185885.

U.S. Fish and Wildlife Service (USFWS). 2015. 12-month finding on a petition to list greater sage-grouse as an endangered or threatened species; proposed rule.  50 CFR Part 17, October 2015.  Available online:  https://www.govinfo.gov/content/pkg/FR-2015-10-02/pdf/2015-24292.pdf

Walker, B.L., D.E. Naugle, and K.E. Doherty.  2007.  Greater sage-grouse population response to energy development and habitat loss.  Journal of Wildlife Management 71:2644-2654.

Wisdom, M.J., Meinke, C.W., Knick, S.T., and Schroeder, M.A.  2011.  Factors associated with extirpation of sage-grouse.  In Knick, S.T., and Connelly, J.W., eds., Greater sage-grouse—Ecology and conservation of a landscape species and its habitats.  Studies in Avian Biology 38:451–472.

**Matthew J. Holloran**
**Research Ecologist**
Holloran.Matt@gmail.com; (307) 399-6885 (voice)
2636 Cherry Street; Fort Collins, CO 80521

Highly self-directed, dedicated and goal-oriented research ecologist with over 20 years' experience researching, conserving and managing wildlife populations and habitats in western U.S. with an emphasis on sagebrush ecosystem dynamics. Broad background in designing and implementing natural resource research, management and restoration projects; developing and promoting natural resource policy directives; and conserving wildlife species of conservation concern. Extensive experience in strategic planning and critical thinking; creative problem solving; team leadership and contributory roles; collaborative partnership building across a variety of stakeholders; long-term scientific research; grant writing and funder development; and science, policy and public outreach.

## SKILLS SUMMARY

- Leading and collaborating on original research predominantly on the response of sagebrush-obligate wildlife species to environmental change, including project design, project funding, employee management, field data collection, data analysis, and authorship of peer-reviewed publications;
- Developing, implementing and managing complex natural resource management initiatives in sagebrush and grassland habitats often involving large work-forces, diverse stakeholders, and multiple collaborating partners;
- Fostering external collaborative relationships and partnerships with local, state and federal agencies, industry, private landowners, NGOs and academia often involving competing objectives among participants;
- Reviewing and assessing scientific literature and state and federal policy documents to provide up-to-date technical expertise for a wide variety of natural resource conservation and management initiatives;
- Addressing all financial aspects of research and management projects, including short and long-term budgeting and strategic planning, grant writing and reporting, and funder development;
- Attaining habitat and wildlife management goals through creative and innovative problem solving in situations where change and uncertainty are every-day occurrences;
- Developing and promoting policy directives for the conservation of imperiled wildlife species including direct interaction with policy makers;
- Informing policy makers, the scientific community and the general public on wildlife and habitat conservation formally through oral presentation and press interviews, and informally through one-on-one interactions;
- Participating on advisory teams and community boards for wildlife, wildlands, and community conservation organizations advising on conservation, restoration, monitoring, and outreach approaches and policies;
- Building effective internal teams and ensuring data continuity across personnel and through time by addressing all aspects of employee management including hiring, training, supervision, fostering of employee growth, advancement and moral, and conflict resolution;
- Addressing the day-to-day responsibilities of founding and running small businesses, including business planning, securing and retaining clients, purchase, maintenance and repair of equipment, and keeping the lights on.

## RELEVANT PROFESSIONAL EXPERIENCE

2015 – present:   **Founder, Owner and Chief Scientist,** Operational Conservation, LLC; Fort Collins, CO

15

Exhibit 1  Page 72

*Community Conservation Initiative (CCI):*--A collaborative initiative for sustained conservation of wildlife populations and habitats from a foundation of community-led, science-based programs with long-term goal of coordinating local efforts into landscape-scale conservation of target ecosystems.

- Founder of the Initiative developing the concept and established strategic direction for the CCI, building foundational team, engaging initiation partners, and designing science foundation of the Initiative.

   Key Achievements:
   - Engaged director of Audubon's Sagebrush Ecosystem Initiative, chief scientist with Theodore Roosevelt Conservation Partnership, and Executive Director of Audubon Rockies as foundational team assisting in developing and implementing the science, policy, and communication directives of the Initiative;
   - Engaged Jonah Energy, Upper Green River Conservancy, and Thunder Basin Grassland Prairie Ecosystem Association as initiation partners to pilot the CCI in southwestern and northeastern Wyoming.

*Conservation Ranching:*--A landowner-focused program with the goal of providing economic security to participating landowners by promoting in the marketplace beef raised following grazing and husbandry approaches that sustain and enhance grassland habitats for wildlife.

- Chief scientist for this program designing and implementing monitoring and adaptive management protocols, and assisting in fundraising.

   Key Achievements:
   - Designed regional-scale monitoring and data analysis framework implemented for the program, co-author on supporting manuscript *Metrics for conservation success: using the 'Bird-Friendliness Index' to evaluate grassland and aridland bird community resilience across the Northern Great Plains* (In Review);
   - Engaged and advising Colorado State University and U.S. Geological Survey to build on regional monitoring framework and develop decision support tools for ranch-level range enhancement planning and adaptive management;
   - Secured ≈$300K for on-the-ground habitat enhancement projects; contributed to securing an additional ≈$250K for decision support tool development from a variety of sources.

*Wildlife Response to Wind Energy Development:*--Long-term research project investigating the response of greater sage-grouse and sagebrush-obligate avian species to a wind-energy facility in south-central Wyoming.

- Co-Principal Investigator on this research contributing to design of study, supervising and training staff, manuscript preparation, presenting research results at national and international conferences, and fundraising.

   Key Achievements:
   - Co-author on 4 manuscripts generated from research results published in peer-reviewed scientific journals: *Greater sage-grouse habitat function relative to 230-kV Transmission Lines* (2019); *Greater sage-grouse habitat selection, survival, and wind energy infrastructure* (2017); *Greater sage-grouse male lek counts relative to wind energy development* (2017); *Short-term impacts of wind energy development on greater sage-grouse fitness* (2014);
   - Secured >$1.3M for project from a variety of sources.

*Upper Green River Conservancy Mitigation Bank:*--A sagebrush landscape conservation bank in southwestern Wyoming.

- Technical expert for the program developing and implementing habitat restoration, management and monitoring plans, engaging stakeholders and policy makers in the Bank, and developing approaches

16

Exhibit 1   Page 73

to including term-limited conservation credits in Wyoming state-level sage-grouse mitigation requirements.

    Key Achievements:
- Generated written materials (including habitat restoration planning documents) and engaged federal and state habitat managers and policy makers to assimilate the Bank into Wyoming's mitigation framework;
- Drafted mitigation and conservation credit quantification protocols incorporated in Wyoming's 2019 Sage-grouse Executive Order.

2005 – 2015:    **Principal and Senior Ecologist,** Wyoming Wildlife Consultants, LLC; Laramie, WY.

*Livestock Grazing and Wildlife Conservation:*--Technical expert assisting in the development of livestock grazing protocols conducive to ecological sustainability for Wyoming's rangelands with an emphasis on the conservation of greater sage-grouse.

    Key Achievements:
- Protocols developed were adopted by the Wyoming Game and Fish Department, and promoted by the Bureau of Land Management for effective conservation of sagebrush habitats for greater sage-grouse and other obligate species throughout western U.S.

*Range-wide Greater Sage-Grouse Compensatory Mitigation Plan*:--Technical expert assisting in the development of sagebrush habitat mitigation approach adopted by the Obama Administration as a component of Land Use Management Plan Amendments for greater sage-grouse developed by the Department of Interior in 2015.

*Greater sage-grouse habitat quantification tool: a multi-scaled approach for assessing impacts and benefits to greater sage-grouse habitat:*--Science Advisory Team member assisting in the development and implementation of a Habitat Exchange (mitigation) framework for greater sage-grouse in Colorado.

    Key Achievements:
- Framework adopted by the State of Nevada as their approach to managing greater sage-grouse; portions of framework adopted by the State of Montana for use in their habitat exchange;
- Co-author on supporting manuscript published in peer-reviewed journal: *Landscape disturbance models consistently explain variation in ecological integrity across large landscapes* (2017).

Principal investigator, co-principal investigator, initiator or contributor for over 20 research projects in sagebrush and grassland ecosystems leading or assisting in study design, data collection and analysis, hiring, supervising and training field and office staff, publishing results, presenting research, and fundraising.

    Key Achievements:
- Results of studies incorporated into national, state and local conservation and mitigation plans for greater sage-grouse and sagebrush habitats throughout western U.S.;
- Over 25 peer-reviewed publications;
- Invitations to present at international, national and regional conferences;
- Secured ≈$5M, and contributed to an additional ≈$3.5M for research from a variety of sources.

## COMMUNITY INVOLVEMENT
- Larimer County Extension Advisory Board
- Council of Scientists for the North American Grouse Partnership
- Conservation Advisory Committee for the Thunder Basin Grasslands Prairie Ecosystem Association
- Advisory Committee for the Wyoming Natural Diversity Database
- Past president of the Wyoming Chapter of The Wildlife Society

17

Exhibit 1   Page 74

- Wyoming State Governor's greater sage-grouse conservation task force
- Advisory Council for the Yellowstone Ecological Research Center

## EDUCATION

2005    Ph.D., Zoology and Physiology, University of Wyoming, Laramie, WY, USA.  Dissertation: *Greater sage-grouse* (Centrocercus urophasianus) *population response to natural gas field development in western Wyoming*.

1999    M.S., Zoology and Physiology, University of Wyoming, Laramie, WY, USA.  Thesis: *Sage grouse* (Centrocercus urophasianus) *seasonal habitat use near Casper, Wyoming*.

1991    B.S., Biology, Colorado College, Colorado Springs, CO, USA.

## RECENT PEER-REVIEWED PUBLICATIONS and REPORTS

Row, J. R., B. C. Fedy and M. J. **Holloran**.  *In Preparation*.  Quantifying the temporal stability in seasonal habitat for sage-grouse using a regression and ensemble tree approach.

Michel, N. L., M. J. **Holloran**, C. Burkhalter, C. B. Wilsey, G. M. Langham, and A. G. Holloran.  *In Review*.  Metrics for conservation success:  using the 'Bird-Friendliness Index' to evaluate grassland and aridland bird community resilience across the Northern Great Plains ecosystem.  Diversity and Distributions.

Wuenschel, A., A. L. Hild, G. B. Paige, and M. J. **Holloran**.  *In Review*.  Structural patterns in habitat revealed upon a fine-scale, spatially explicit investigation.  Ecosphere.

LeBeau, C. W., K. T. Smith, M. J. **Holloran**, J. L. Beck, M. E. Kauffman, and G. D. Johnson.  2019.  Greater sage-grouse habitat function relative to 230-kV Transmission Lines.  Journal of Wildlife Management DOI: 10.1002/jwmg.21749.

Burkhalter, C, M. J. **Holloran**, B. C. Fedy, H. E. Copeland, R. L. Crabtree, N. L. Michel, S. C. Jay, B. A. Rutledge, and A. G. Holloran.  2018.  Landscape-scale habitat assessment for an imperiled avian species.  Animal Conservation doi:10.1111/acv.12382

Decker, K, A. Pocewicz, S. Harju, M. **Holloran**, M. Fink, T. P. Toombs, and D. B. Johnston.  2017.  Landscape disturbance models consistently explain variation in ecological integrity across large landscapes.  Ecosphere 8:e01775. 10.1002/ecs2.1775

LeBeau, C. W., J. L. Beck, G. D. Johnson, R. M. Nielson, M. J. **Holloran**, K. G. Gerow, and T. L. McDonald.  2017.  Greater sage-grouse male lek counts relative to wind energy development.  Wildlife Society Bulletin; DOI: 10.1002/wsb.725.

LeBeau, C. W., G. D. Johnson, M. J. **Holloran**, J. L. Beck, R. M. Nielson, M. Kauffman, E. Rodemaker, and T. L. McDonald.  2017.  Greater sage-grouse habitat selection, survival, and wind energy infrastructure.  Journal of Wildlife Management; DOI: 10.1002/jwmg.21231.

Zabihi, K., G. B. Paige, A. L. Hild, S. N. Miller, A. Wuenshel, and M. J. **Holloran**.  2017.  A fuzzy logic approach to analyze suitability of nesting habitat for greater sage-grouse in western Wyoming.  Journal of Spatial Science; DOI: 10.1080/14498596.2017.1292965.

**Holloran**, M. J., B. C. Fedy, and J. Dahlke.  2015.  Winter habitat use of greater sage-grouse relative to activity levels at natural gas well pads.  Journal of Wildlife Management 79:630-640.

Kirol, C. P., J. L. Beck, S. V. Huzurbazar, M. J. **Holloran**, and S. N. Miller.  2015.  Identifying greater sage-grouse source and sink habitats for conservation planning in an energy development landscape.  Ecological Applications 25:968-990.  http://dx.doi.org/10.1890/13-1152.1

Fedy, B. C., K. E. Doherty, C. L. Aldridge, M. O'Donnell, J. L. Beck, B. Bedrosian, M. J. **Holloran**, G. D. Johnson, N. W. Kaczor, C. P. Kirol, C. A. Mandich, D. Marshall, G. McKee, C. Olson, A. Pratt, C. C. Swanson, and B. L. Walker.  2014.  Habitat prioritization across large landscapes, multiple seasons, and novel areas:  an example using greater sage-grouse in Wyoming.  Wildlife Monographs 190:1-39.

LeBeau, C. W., J. L. Beck, G. D. Johnson, and M. J. **Holloran**.  2014.  Short-term impacts of wind energy development on greater sage-grouse fitness.  Journal of Wildlife Management 78:522-530.

Manier, D. J., D. J. A. Wood, Z. H. Bowen, R. M. Donovan, M. J. **Holloran**, L. M. Juliusson, K. S. Mayne, S. J. Oyler-McCance, F. R. Quamen, D. J. Saher, and A. J. Titolo.  2013.  Summary of

18

Exhibit 1  Page 75

science, activities, programs, and policies that influence the rangewide conservation of greater sage-grouse (*Centrocercus urophasianus*).   U.S. Geological Survey Open-File Report 2013-1098. http://pubs.usgs.gov/of/2013/1098/

Fedy, B. C., C. L. Aldridge, K. E. Doherty, M. O'Donnell, J. L. Beck, B. Bedrosian, M. J. **Holloran**, G. D. Johnson, N. W. Kaczor, C. P. Kirol, C. A. Mandich, D. Marshall, G. McKee, C. Olson, C. C. Swanson, and B. L. Walker.   2012.   Interseasonal movements of greater sage-grouse, migratory behavior, and an assessment of the core regions concept in Wyoming.   Journal of Wildlife Management 76:1062-1071.

Johnson, D. H., M. J. **Holloran**, J. W. Connelly, S. E. Hanser, C. L. Amundson, and S. T. Knick.   2011. Influences of environmental and anthropogenic features on greater sage-grouse populations, 1997-2007.   pp. 407-450 in S. T. Knick and J. W. Connelly (editors).   Greater Sage-Grouse: ecology and conservation of a landscape species and its habitats.   Studies in Avian Biology (vol. 38), University of California Press, Berkeley, CA, USA.

Naugle, D. E., K. E. Doherty, B. L. Walker, H. E. Copeland, M. J. **Holloran**, and J. D. Tack.   2011. Sage-grouse and cumulative impacts of energy development.   pp. 55-70 in D. E. Naugle (editor). Energy development and wildlife conservation in western North America.   Island Press, Washington, DC, USA.

Naugle, D. E., K. E. Doherty, B. L. Walker, M. J. **Holloran**, and H. E. Copeland.   2011.   Energy development and greater sage-grouse.   pp. 489-503 in S. T. Knick and J. W. Connelly (editors). Greater Sage-Grouse: ecology and conservation of a landscape species and its habitats.   Studies in Avian Biology (vol. 38), University of California Press, Berkeley, CA, USA.

Cagney, J., E. Bainter, B. Budd, T. Christiansen, V. Herren, M. **Holloran**, B. Rashford, M. Smith and J. Williams.   2010.   Grazing influence, objective development, and management in Wyoming's greater sage-grouse habitat with emphasis on nesting and early brood-rearing.   University of Wyoming Cooperative Extension Service report B-1203.   University of Wyoming, Laramie, USA.

**Holloran**, M. J., R. C. Kaiser, and W. A. Hubert.   2010.   Yearling Greater Sage-grouse Response to Energy Development in Wyoming.   Journal Wildlife Management 74:65-72.

Johnson, G., and M. **Holloran**.   2010.   Greater sage-grouse and wind energy development:  a review of the issues.   Renewable Northwest Project, Portland, OR, USA.   http://www.rnp.org/node/956

Kiesecker, J. M., H. Copeland, A. Pocewicz, N. Nibbelink, B. McKenney, J. Dahlke, M. **Holloran**, and D. Stroud.   2009.   A framework for implementing biodiversity offsets: selecting sites and determining scale.   BioScience 59:77-84.

Thompson, K. M., M. J. **Holloran**, S. J. Slater, J. L. Kuipers, and S. H. Anderson.   2006.   Early brood-rearing habitat use and productivity of greater sage-grouse in Wyoming.   Western North American Naturalist 66:332-342.

**Holloran**, M. J., and S. H. Anderson.   2005.   Greater sage-grouse population response to natural gas development in western Wyoming:   are regional populations affected by relatively localized disturbances? Transactions North American Wildlife and Natural Resources Conference 70:160-170.

**Holloran**, M. J., and S. H. Anderson.   2005.   Spatial distribution of greater sage-grouse nests in relatively contiguous sagebrush habitats.   Condor 107:742-752.

**Holloran**, M. J., B. J. Heath, A. G. Lyon, S. J. Slater, J. L. Kuipers, and S. H. Anderson.   2005.   Greater sage-grouse nesting habitat selection and success in Wyoming.   Journal Wildlife Management 69:638-649.

**Holloran**, M. J., and S. H. Anderson.   2004.   Greater sage-grouse seasonal habitat selection and survival in Jackson Hole, Wyoming.   Completion Report. Wyoming Cooperative Fish and Wildlife Research Unit, University of Wyoming, Laramie, USA.

**Holloran**, M. J., and S. H. Anderson.   2003.   Direct identification of northern sage-grouse, *Centrocercus urophasianus*, nest predators using remote sensing cameras.   Canadian Field-Naturalist 117:308-310.

**SELECT PROFESSIONAL PRESENTATIONS**

19

Exhibit 1   Page 76

2018    Holloran, M. J. (presenter). *Sage-grouse and natural gas development*. Energy Development and Wildlife Conservation, FW-692, Colorado State University, Fort Collins, CO, USA. *Invited*

2016    Holloran, M. J. (presenter). *How does science fit into Audubon's Conservation Ranching Program?* Audubon Rockies Conservation Ranching Workshop, Rapid City, SD, USA. *Invited*

2015    Holloran, M. J. (presenter). *Rangeland Monitoring*. Wyoming Sage-grouse Habitat Restoration Workshop, Casper, WY, USA. *Invited*

2014    Holloran, M. J. (panelist). *Sage-grouse and the Endangered Species Act*. 2014 Wyoming Energy Summit, Casper, WY, USA. *Invited*

2012    Holloran, M. J. (presenter) and J. Dahlke. *Burrowing owl nest predictive modeling for the Normally Pressured Lance (NPL) project area*. Wyoming Landscape Conservation Initiative 2012 Science Workshop, Rock Springs, WY, USA. *Offered*

2011    Holloran, M. J. (presenter). *Sage-grouse and natural gas development: lessons learned*. Northwest Wind Energy and Wildlife Symposium, Portland, OR, USA. *Invited*

2010    Holloran, M. J. (presenter). *Impacts of energy development on greater sage-grouse habitats in Wyoming*. 16th Wildland Shrub Symposium: Threats to Shrubland Ecosystem Integrity, Logan, UT, USA. *Invited*

2009    Holloran, M. J. (presenter). *Greater sage-grouse and energy development in Wyoming*. U.S. Forest Service Rocky Mountain Region Annual Wildlife Workshop, Fort Collins, CO, USA. *Invited*

2008    Holloran, M. J. (panelist). *Sage-grouse*. Wyoming Perspectives on Wyoming PBS. Riverton, WY, USA. *Invited*

2008    Holloran, M. J. (presenter). *The greater sage-grouse*. Wyoming Sage-grouse Conference: Proactively managing sage-grouse and their habitat on Wyoming's agricultural lands, Lander, WY, USA. *Invited*

2006    Holloran, M. J. (presenter). *Greater sage-grouse and livestock grazing in Wyoming*. The Wyoming Chapters of the Soil and Water Conservation Society and the Society for Range Management Annual Meeting, Sheridan, WY, USA. *Invited*

2005    Holloran, M. J. (presenter) and S. H. Anderson. *Greater sage-grouse response to natural gas field development in Wyoming*. X[th] International Grouse Symposium, Luchon, France. *Offered*

2005    Holloran, M. J. (presenter) and S. H. Anderson. *Greater sage-grouse response to natural gas field development: are regional population levels affected?* 70th North American Wildlife and Natural Resources Conference, Arlington, VA, USA. *Invited*

**REFERENCES**
Available Upon Request