IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION; THE WILDERNESS SOCIETY; NATIONAL AUDUBON SOCIETY; and NATIONAL WILDLIFE FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior, et al.,<br><br>Defendants.<br><br>STATE OF WYOMING; AND WESTERN ENERGY ALLIANCE,<br><br>Defendant-Intervenors. | CV-18-69-GF-BMM<br><br>**ORDER** |

Defendant-Intervenor, State of Wyoming (State) has moved for admission of Elliott Adler (Mr. Adler), (Doc. 122), to practice before this Court in this case with Adrian A. Miller of Sullivan Miller Law to act as local counsel. Mr. Adler's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

State's motion to allow Mr. Adler to appear on its behalf (Doc. 122) is **GRANTED** on the following conditions:

1. Local counsel, Ms. Miller, will be designated as lead counsel or as co-lead counsel with Mr. Adler.  Mr. Adler must do his own work.  He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.  Local counsel, Ms. Miller, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Adler, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Adler.

DATED this 24th day of February, 2020.

_____
Brian Morris
United States District Court Judge