PAUL SALAMANCA
Attorney
United States Department of Justice
Environment and Natural Resources Division

LUTHER L. HAJEK
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, Colorado 80202
303-844-1376 || 303-844-1350 (fax)
Luke.Hajek@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| _____ | |
| MONTANA WILDLIFE FEDERATION, *et al.* | CV 18-69-GF-BMM |
| Plaintiffs, | **DEFENDANTS' NOTICE OF APPEAL** |
| v. | |
| DAVID BERNHARDT, Secretary of the Interior, *et al.* | |
| Federal Defendants, | |
| and | |
| THE STATE OF WYOMING *et al.* | |
| Defendant-Intervenors | |
| _____ | |

Defendants David Bernhardt, Secretary of the Interior, Donato Judice, Montana Bureau of Land Management Deputy State Director, United States Bureau of Land Management, and the United States Department of the Interior hereby appeal to the U.S. Court of Appeals for the Ninth Circuit from the District Court's May 22, 2020 Order regarding summary judgment, ECF No. 147, as well as all prior orders and decisions that merge into that order.

Respectfully submitted this 8th day of July, 2020.

>PAUL SALAMANCA
>Attorney
>U.S. Department of Justice
>Environment and Natural Resources Division
>
>/s/ Luther L. Hajek_____
>LUTHER L. HAJEK, Trial Attorney
>Natural Resources Section
>999 18th St., South Terrace – Suite 370
>Denver, Colorado 80202
>303-844-1376 || 303-844-1350 (fax)
>Luke.Hajek@usdoj.gov
>
>*Counsel for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record on July 8, 2020.

>/s/ *Luther L. Hajek*
>LUTHER L. HAJEK
>*Counsel for Federal Defendants*

2