Dale Schowengerdt
CROWLEY FLECK
900 N. Last Chance Gulch
Helena, MT 59601
Tel: 406.449.4165
Fax: 406.449.5149
dschowengerdt@crowleyfleck.com

*Attorneys for Proposed Defendant–Intervenor*
*Anschutz Exploration Corp.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT, in his official capacity as Secretary of the Interior et al., <br><br> Defendants, <br><br> and, <br><br> WESTERN ENERGY ALLIANCE et al., <br><br> Defendants–Intervenors. | Case No. 4:18-cv-00069-BMM <br><br> **PROPOSED DEFENDANT– INTERVENOR'S NOTICE OF APPEAL** |

- 1 -

Proposed Defendant–Intervenor Anschutz Exploration Corporation ("AEC") appeals to the United States Court of Appeals for the Ninth Circuit this Court's August 18, 2020 order (ECF No. 185) and August 24, 2020 amended order (ECF No. 188) denying AEC's Motion to Intervene (ECF No. 154).

Respectfully submitted,

_____
Dale Schowengerdt
CROWLEY FLECK
900 N. Last Chance Gulch
Helena, MT 59601
Tel: 406.449.4165
Fax: 406.449.5149
dschowengerdt@crowleyfleck.com

Andrew C. Lillie, *pro hac vice* pending
Jessica Black Livingston, *pro hac vice* pending
Mark D. Gibson, *pro hac vice* pending
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
Phone: (303) 899-7300
Facsimile: (303) 899-7333
andrew.lillie@hoganlovells.com
jessica.livingston@hoganlovells.com
mark.gibson@hoganlovells.com

*Attorneys for Proposed Defendant–Intervenor Anschutz Exploration Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2020, I served a true and correct copy of the foregoing **PROPOSED DEFENDANT–INTERVENOR'S NOTICE OF APPEAL** via U.S. Mail on the following parties:

Luther L. Hajek
U.S. DEPARTMENT OF JUSTICE - DENVER
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
303-844-1376
Fax: 303-844-1350

Bret A. Sumner
Malinda Morain
BEATTY & WOZNIAK
216 Sixteenth Street Suite 1100
Denver, CO 80202
303-407-4499
Fax: 800-886-6566

Michelle Millhollin Sullivan
SULLIVAN MILLER LAW PLLC
3860 Avenue B, Suite C East
Billings, MT 59102
406-403-7066
Fax: 406-294-5702

Robert Thomas Cameron
Timothy C. Fox
Melissa A. Schlichting
MONTANA ATTORNEY GENERAL
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
406-442-2026
Fax: 406-444-3549

Adrian Ann Miller
Michelle Millhollin Sullivan
SULLIVAN MILLER LAW PLLC
3860 Avenue B, Suite C East
Billings, MT 59102
406-403-7066
Fax: 406-294-5702

Elliott B. Adler
James Kaste
WYOMING ATTORNEY GENERAL
2320 Capitol Avenue
Cheyenne, WY 82002

_____