Timothy J. Preso, MT Bar No. 5255
Earthjustice
313 East Main Street
Bozeman, MT 59715
Phone: (406) 586-9699
Fax: (406) 586-9695
tpreso@earthjustice.org

Michael S. Freeman (*admitted pro hac vice*)
Rumela Roy (*admitted pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Phone: (303) 623-9466
Fax: (303) 623-8083
mfreeman@earthjustice.org
rroy@earthjustice.org

*Counsel for Plaintiffs Montana Wildlife Federation, The Wilderness Society, National Audubon Society, National Wildlife Federation, and Montana Audubon*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, et al., </br></br> Plaintiffs, </br></br> v. </br></br> DAVID BERNHARDT, in his official capacity as Secretary of the Interior, et al., </br></br> Defendants, </br></br> WESTERN ENERGY ALLIANCE, et al., </br></br> Defendant-Intervenors. | Case No. 4:18-cv-00069-BMM </br></br> **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON PHASE TWO CLAIMS** |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Montana Wildlife Federation, The Wilderness Society, National Audubon Society, National Wildlife Federation, and Montana Audubon (collectively, Plaintiffs) move for summary judgment on their claims in Phase Two of this litigation.

As set forth in the memorandum filed with this motion, summary judgment should be entered in Plaintiffs' favor because the Bureau of Land Management (BLM) decisions authorizing the December 2017 Wyoming lease sale, March 2018 Wyoming lease sale, December 2017 Nevada lease sale, March 2018 Nevada sale, and June 2018 Nevada sale, all violated the Federal Land Policy and Management Act (FLPMA) and National Environmental Policy Act (NEPA), and were arbitrary and capricious. The Court should set aside the lease sale decisions and NEPA documents for the three lease sales, and all leases issued in connection with those sales.[1]

---

[1] As demonstrated through the declarations attached to this motion, and declarations submitted previously, ECF No. 101-1, Plaintiffs have standing because the decisions being challenged cause, and threaten to cause, recreational, aesthetic, professional, scientific, organizational, procedural, informational, spiritual and other injuries that this Court can redress.

Respectfully submitted this 2nd day of October, 2020.

/s/ *Michael S. Freeman*
Michael S. Freeman
Rumela Roy
Earthjustice
633 17th Street
Suite 1600
Denver, CO 80202
Phone: (303) 623-9466
Fax: (303) 623-8083
mfreeman@earthjustice.org
rroy@earthjustice.org

/s/ *Timothy J. Preso*
Timothy J. Preso
Earthjustice
313 East Main Street
Bozeman, MT  59715
Phone: (406) 586-9699
Fax: (406) 586-9695
tpreso@earthjustice.org

*Counsel for Plaintiffs Montana Wildlife Federation, The Wilderness Society, National Audubon Society, National Wildlife Federation, and Montana Audubon*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2020, I electronically transmitted the attached **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON PHASE TWO CLAIMS** to the Clerk's Office using the CM/ECF System for filing, thereby generating service upon the following parties of record:

| | |
|---|---|
| LUKE HAJEK<br>luke.hajek@usdoj.gov<br>*Attorney for Federal Defendants* | ERIK E. PETERSEN<br>ADRIAN ANN MILLER<br>MICHELLE M. SULLIVAN<br>erik.petersen@wyo.gov<br>adrian.miller@sullivanmiller.com<br>michelle.sullivan@sullivanmiller.com<br>*Attorneys for Defendant-Intervenor State of Wyoming* |
| BRET A. SUMNER<br>MALINDA MORAIN<br>bsumner@bwenergylaw.com<br>mmorain@bwenergylaw.com<br>*Attorneys for Defendant-Intervenor Western Energy Alliance* | ROB CAMERON<br>TIMOTHY C. FOX<br>MELISSA SCHLICHTING<br>rob.cameron@mt.gov<br>edoj@mt.gov<br>mschlichting@mt.gov<br>*Attorneys for Defendant-Intervenor State of Montana* |

          */s/ Michael S. Freeman*
          Michael S. Freeman