# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>DAVID BERNHARDT, Secretary of the Interior, *et al.*,<br><br>　　　　Federal Defendants,<br><br>　and<br><br>THE STATE OF WYOMING *et al.*,<br><br>　　　　Defendant-Intervenors | CV 18-69-GF-BMM<br><br>**ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION TO MODIFY THE PHASE TWO SUMMARY JUDGMENT BRIEFING SCHEDULE** |

　　　This matter comes before the Court on Federal Defendants' Unopposed Motion to Modify the Phase Two Summary Judgment Briefing Schedule. Having considered the motion and finding that good cause exists to grant the relief requested, the motion is hereby GRANTED. The deadlines in the Case Management Order, ECF No. 163, are VACATED and the deadlines below shall apply:

1

Schedule for motion for voluntary remand

Federal Defendants file motion for voluntary remand:  November 13, 2020.

Defendant-Intervenors respond to motion for voluntary remand: November 24, 2020.

Plaintiffs respond to motion for voluntary remand:  December 1, 2020.

Federal Defendants file reply in support of motion for voluntary remand: December 11, 2020.

Summary judgment briefing

Federal Defendants file their combined summary judgment response and cross-motion for summary judgment addressing all claims at issue in Phase Two: November 20, 2020.

Defendant-Intervenors file summary judgment responses and cross-motions for summary judgment on all claims at issue in Phase Two:  December 16, 2020. Intervenors shall not repeat arguments raised by the Federal Defendants, but may adopt and incorporate those arguments by reference.

Plaintiffs file their combined summary judgment reply and response to the cross-motions for summary judgment on all Phase Two claims:  January 6, 2021.

Federal Defendants file their reply in support of their cross-motion for summary judgment on all Phase Two claims:  January 27, 2021.

Intervenors file their replies in support of cross-motions for summary judgment on all Phase Two claims: February 15, 2021. Intervenors shall not repeat arguments raised by the Federal Defendants but may adopt and incorporate those arguments by reference.

It is further ORDERED that the hearing on January 29, 2021, is VACATED and reset for February 18, 2021 at 1:30 p.m. The call-in number is as follows: 877-402-9753; access code: 5136505.

DATED this 4th day of November, 2020,

_____
Brian Morris, Chief District Judge
United States District Court