MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Ph: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

PAUL E. SALAMANCA
Deputy Assistant Attorney General

LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, *et al*. <br><br> Plaintiffs, <br> v. <br><br> DAVID BERNHARDT, Secretary of the Interior, *et al*. <br><br> Federal Defendants, <br><br> and <br><br> THE STATE OF WYOMING *et al*. <br><br> Defendant-Intervenors | CV 18-69-GF-BMM <br><br> **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (PHASE TWO)** |

Defendants David Bernhardt, Secretary of the Interior, *et al.* respectfully move for summary judgment on Plaintiffs' claims regarding the four U.S. Bureau of Land Management's ("BLM") leasing decisions at issue in Phase Two: the December 2017 and March 2018 Wyoming oil and gas lease sales and the March 2018 and June 2018 Nevada lease sales.  BLM's leasing decisions complied with the Federal Land Policy and Management Act and the National Environmental Policy Act and therefore should be upheld.  The grounds for this motion are set forth in the accompanying memorandum in support.

Respectfully submitted this 20th day of November, 2020.

> MARK STEGER SMITH
> Assistant U.S. Attorney
> U.S. Attorney's Office
> 2601 Second Avenue North, Suite 3200
> Billings, MT 59101
> Ph: (406) 247-4667; Fax: (406) 657-6058
> mark.smith3@usdoj.gov
>
> PAUL E. SALAMANCA
> Deputy Assistant Attorney General
>
> LUTHER L. HAJEK (CO Bar 44303)
> United States Department of Justice
> Environment and Natural Resources Division
> 999 18th St., South Terrace, Suite 370
> Denver, CO 80202
> Ph: (303) 844-1376; Fax: (303) 844-1350
> luke.hajek@usdoj.gov
>
> *Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record on November 20, 2020.

                                        /s/ *Luther L. Hajek*
                                        LUTHER L. HAJEK
                                        *Counsel for Federal Defendants*