Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law
2812 1st Avenue North
Suite 225
Billings, MT 59101
(406)-403-7066 (phone)
adrian.miller@sullivanmiller.com
michelle.sullivan@sullivanmiller.com

James Kaste, WSB No. 6-3244
Deputy Attorney General
Elliott Adler, WSB No. 7-6434
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-6946 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov
elliott.adler@wyo.gov

*Attorneys for the State of Wyoming*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION; THE WILDERNESS SOCIETY; NATIONAL AUDUBON SOCIETY; and NATIONAL WILDLIFE FEDERATION, <br><br> Plaintiffs, <br> v. <br><br> DAVID BERNHARDT, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants. <br><br> STATE OF WYOMING; AND WESTERN ENERGY ALLIANCE, <br> Defendant-Intervenors. | Case No. 4:18-cv-00069-BMM <br><br> **INTERVENOR-DEFENDANT STATE OF WYOMING'S MOTION FOR STAY PENDING APPEAL** |

The State of Wyoming respectfully moves for summary judgment on Plaintiffs' claims regarding the U.S. Bureau of Land Management's five leasing decisions at issue in Phase Two: the December 2017 and March 2018 Wyoming oil and gas lease sales and the December 2017, March 2018, and June 2018 Nevada lease sales. The Bureau's leasing decisions complied with the Federal Land Policy and Management Act and the National Environmental Policy Act and therefore should be upheld. The grounds for this motion are set forth in the accompanying memorandum in support.

DATED this 15th day of December, 2020.

/s/ Adrian A. Miller
Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law
2812 1st Avenue North
Billings, MT 59101
(406)-403-7066 (phone)
adrian.miller@sullivanmiller.com
michelle.sullivan@sullivanmiller.com

/s/ *Elliott Adler*
James Kaste, WSB No. 6-3244
Elliott Adler, WSB No. 7-6434
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-6946 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov
elliott.adler@wyo.gov
*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Adrian A. Miller
Adrian A. Miller