IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, et al., | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 4:18-cv-00069-BMM |
| v. | ) ) |
| DAVID BERNHARDT, et al., | ) **ORDER** ) |
| Defendants. | ) ) |

Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant-Intervenor's Motion to Strike, and for Reply in Support of Motion to Strike is now before the Court. Accordingly, IT IS ORDERED that the motion is GRANTED. Plaintiffs' deadline to file a response to Defendant-Intervenor Western Energy Alliance's motion to strike (ECF No. 224) is extended to January 19, 2021. Western Energy Alliance's deadline to file a reply in support of its motion to strike is extended to February 9, 2021.

DATED this 29th day of December, 2020.

_____
Brian Morris, Chief District Judge
United States District Court