IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DAVID BERNHARDT, et al.,<br><br>　　　　　　　Defendants. | Case No. 4:18-cv-00069-BMM<br><br>**ORDER** |

　　　　The Court deems issuance of a case management Order necessary for the parties' preparedness at the upcoming hearing scheduled February 18, 2021. At the hearing, the Court will hear argument on the following pending motions:

　　　　1.　　Plaintiffs' Motion for Summary Judgment on Phase Two Claims (Doc. 197);

　　　　2.　　Defendants David Bernhardt, Donato Judice, U.S. Bureau of Land Management, and U.S. Department of the Interior's (collectively, Defendants) Motion to Remand (Doc. 207);

　　　　3.　　Defendants' Motion for Summary Judgment (Phase Two) (Doc. 210);

　　　　4.　　Defendant-Intervenor State of Wyoming's Motion for Summary Judgment (Doc. 217);

5.     Defendant-Intervenor Western Energy Alliance's Cross-Motion for Summary Judgment (Phase Two) (Doc. 219); and

6.     Defendant-Intervenor Western Energy Alliance's Motion to Strike Plaintiff's Motion for Summary Judgment on Phase Two Claims as to Certain Standing Declarations (Doc. 224).

Dated this 14th day of January, 2021.

_____
Brian Morris, Chief District Judge
United States District Court