# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | | |
|---|---|---|
| MONTANA WILDLIFE FEDERATION, *et al*. | ) ) ) | CV 18-69-GF-BMM |
| Plaintiffs, | ) ) ) ) | **ORDER REGARDING DEFENDANTS' UNOPPOSED MOTION TO HOLD SUMMARY JUDGMENT HEARING BY VIDEO CONFERENCE** |
| v. | ) ) | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al*. | ) ) ) | |
| Federal Defendants, | ) ) ) | |
| and | ) ) | |
| THE STATE OF WYOMING *et al*. | ) ) | |
| Defendant-Intervenors | ) ) | |

This matter having come before the Court on Defendants' Unopposed Motion to Hold Summary Judgment Hearing by Video Conference, and for good cause shown, IT IS ORDERED that the unopposed motion is GRANTED and the hearing scheduled for June 14, 2021 will be conducted by ZOOM.  The parties will

contact the Clerk of Court's office in the Great Falls Division for the Zoom log-in information.

DATED this 3<u>rd</u> day of June, 2021.


_____
Brian Morris, Chief District Judge
United States District Court