# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, *et al.* | ) CV 18-69-GF-BMM )  )  **ORDER GRANTING** |
| Plaintiffs, | ) **DEFENDANTS' UNOPPOSED** |
| v. | ) **MOTION TO SET DEADLINE** ) **FOR RESPONSES TO** |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.* | ) **PLAINTIFFS' SECOND** ) **AMENDED AND** ) **SUPPLEMENTAL COMPLAINT** |
| Federal Defendants, | ) ) |
| and | ) ) |
| THE STATE OF WYOMING *et al.* | ) ) |
| Defendant-Intervenors | ) ) |

This matter comes before the Court on Defendants' Unopposed Motion for to Set Deadline for Responses to Plaintiffs' Second Amended and Supplemental Complaint. Having considered the motion and finding that good cause exists to grant the relief requested, the motion is hereby GRANTED. Defendants' and Defendant-Intervernors' responses to Plaintiffs' Second Amended and Supplemental Complaint shall be filed by July 22, 2021.

It is so ORDERED.

DATED this 19th day of July, 2021.

_____
Brian Morris, Chief District Judge
United States District Court