Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law
3860 Avenue B, Suite C East
Billings, MT 59102
(406) 403-7066 (phone)
adrian.miller@sullivanmiller.com
michelle.sullivan@sullivanmiller.com

Bret Sumner, CO Bar No. 38339
Malinda Morain, CO Bar No. 46986
Beatty & Wozniak, P.C.
216 16th Street, Suite 1100
Denver, CO 80202-5115
(303) 407-4499 (phone)
(800) 886-6566 (fax)
bsumner@bwenergylaw.com
mmorain@bwenergylaw.com

*Counsel for Defendant-Intervenor Western Energy Alliance*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **MONTANA WILDLIFE FEDERATION,** *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**RYAN K. ZINKE,** Secretary of the Interior, *et al.*,<br><br>    Defendants,<br><br>**WESTERN ENERGY ALLIANCE** and **STATE OF WYOMING,**<br><br>    Defendant-Intervenors. | Case No. 4:18-cv-00069-BMM<br><br>**WESTERN ENERGY ALLIANCE'S MOTION TO DISMISS** |

Defendant-Intervenor Western Energy Alliance (Alliance) respectfully moves to dismiss the claims relating to the Wyoming Leasing Decisions in Plaintiffs' Second Amended and Supplemental Complaint (Doc. 263) for improper venue. In the alternative, Alliance moves this Court to sever and transfer those claims to a U.S District Court in the District of Wyoming.

Counsel for the Alliance has conferred with the parties regarding the requested relief. Counsel for Plaintiffs oppose the requested relief. Counsel for Federal Defendants and the State of Wyoming do not oppose the relief requested.

Respectfully submitted this 22nd day of July 2021.

FOR DEFENDANT-INTERVENOR
WESTERN ENERGY ALLIANCE

*/s/ Malinda Morain*
Bret Sumner, CO Bar No. 38339
(admitted pro hac vice)
Malinda Morain, CO Bar No. 46986
(admitted pro hac vice)
Beatty & Wozniak, P.C.
216 16th Street, Suite 1100
Denver, CO 80202-5115
(303) 407-4499 (phone)
(800) 886-6566 (fax)
bsumner@bwenergylaw.com
mmorain@bwenergylaw.com

*/s/ Adrian A. Miller*
Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law PLLC
3860 Avenue B
Suite C East
Billings, Montana 59102
(406) 403-7066 (phone)
(406) 294-5702 (fax)
adrian.miller@sullivanmiller.com
michelle.sullivan@sullivanmiller.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2021, the foregoing was served by the Clerk of the U.S. District Court of Montana, Missoula Division, through the Court's CM/ECF system, which sent a notice of electronic filing to all counsel of record.

*/s/ Malinda Morain*
Malinda Morain