MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Ph: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

LUTHER L. HAJEK (CO Bar 44303)
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| _____<br>MONTANA WILDLIFE FEDERATION, *et al*.<br><br>          Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF THE<br>INTERIOR, *et al*.<br><br>          Defendants,<br><br>    and<br><br>THE STATE OF WYOMING *et al*.<br><br>        Defendant-Intervenors<br>_____ | ) CV 18-69-GF-BMM<br>)<br>)<br>) **DEFENDANTS' MOTION TO**<br>) **PARTIALLY DISMISS FOR**<br>) **IMPROPER VENUE OR,**<br>) **ALTERNATIVELY, TO SEVER**<br>) **AND TRANSFER PLAINTIFFS'**<br>) **SUPPLEMENTAL CLAIMS**<br>) **REGARDING OIL AND GAS**<br>) **LEASE SALES IN WYOMING**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendants U.S. Department of the Interior, *et al.* respectfully move, pursuant to Federal Rule of Civil Procedure 12(b)(3), to dismiss the claims in Plaintiffs Second Amended and Supplemental Complaint, ECF No. 263, challenging the U.S. Bureau of Land Management's February 2019, September 2019, December 2019, and December 2020 Wyoming oil and gas lease sales for lack of proper venue under 28 U.S.C. § 1391(e).  In the alternative, the claims involving the Wyoming lease sales should be severed and transferred to the U.S. District Court for the District of Wyoming pursuant to 28 U.S.C. § 1404(a).  The grounds for this motion are set forth in the accompanying attached memorandum in support.

Defendants' counsel has contacted counsel for the parties to get their position regarding this motion.  Plaintiffs oppose this motion, and Defendant-Intervenors State of Wyoming and Western Energy Alliance do not oppose it.

Respectfully submitted this 22nd day of July, 2021.

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Ph: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

LUTHER L. HAJEK (CO Bar 44303)

1

United States Department of Justice
Environment and Natural Resources
Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record on July 22, 2021.

/s/ *Luther L. Hajek*
LUTHER L. HAJEK
*Counsel for Federal Defendants*

3