IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>RYAN K. ZINKE, Secretary of the Interior, *et al.*,<br><br>   Defendants,<br><br>WESTERN ENERGY ALLIANCE and STATE OF WYOMING,<br><br>   Defendant-Intervenors. | Case No. 4:18-cv-00069-BMM<br><br>ORDER GRANTING WESTERN ENERGY ALLIANCE'S UNOPPOSED MOTION TO HOLD MOTION TO DISMISS HEARING BY VIDEO CONFERENCE |

Defendant-Intervenor Western Energy Alliance ("Alliance") has moved the Court for the September 9, 2021 hearing to be held by video conference (Doc. 279). Accordingly, IT IS ORDERED that Defendant-Intervenor Alliance's motion is GRANTED. The September 9, 2021 motion hearing will be conducted by ZOOM. The Clerk of Court will provide the parties with the ZOOM link.

   DATED this 9th day of August, 2021.

*/s/ Brian Morris*
Brian Morris, Chief District Judge
United States District Court