**FILED**

AUG 13 2021

Clerk, U.S. Courts
District Of Montana
Billings Division

Brianne C. McClafferty
HOLLAND & HART LLP
401 N. 31st Street, Suite 1500
P.O. Box 639
Billings, MT 59103-0639
Telephone: 406.252.2166
Facsimile: 406.545.2266
bcmcclafferty@hollandhart.com

Thomas L. Sansonetti (*Pro hac vice pending*)
Andrew C. Emrich (*Pro hac vice pending*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 290-1061 (T. Sansonetti)
          (303) 290-1621 (A. Emrich)
Facsimile: (303) 290-1606
tlsansonetti@hollandhart.com
acemrich@hollandhart.com

ATTORNEYS FOR DEFENDANT-INTERVENOR-APPLICANT
PEAK POWDER RIVER ACQUISITIONS, LLC
AND R&R ROYALTY, LTD.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION; THE WILDERNESS SOCIETY; NATIONAL AUDUBON SOCIETY; NATIONAL WILDLIFE FEDERATION; and MONTANA AUDUBON,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior; DONATO JUDICE, in his official capacity as Montana Bureau of Land | Case No. CV-18-69-GF-BMM<br><br>**PEAK POWDER RIVER ACQUISITIONS, LLC'S AND R&R ROYALTY, LTD.'S JOINT MOTION TO INTERVENE** |

1

Management Deputy State Director;  )
UNITED STATES BUREAU OF        )
LAND MANAGEMENT; and UNITED    )
STATES DEPARTMENT OF THE       )
INTERIOR,                      )
                               )
  Defendants.

---

  Peak Powder River Acquisitions, LLC and R&R Royalty, Ltd. (collectively, the "Defendant-Intervenor Applicants") respectfully move for leave to intervene as a right under Rule 24(a)(2) of the Federal Rules of Civil Procedure.  Alternatively, Defendant-Intervenor Applicants move to intervene permissively under Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure.

  Filed contemporaneously herewith is Defendant-Intervenor's Answer, which is required as part of this motion by Local Rule 24.1(b)(1)(C).  Also filed contemporaneously herewith is a supporting memorandum and affidavits.

  Consistent with Local Rule 7.1(c)(1), counsel contacted the other parties regarding their position on this motion.  Plaintiffs do not object to Defendant-Intervenor Applicants being involved in briefing on issues related to any remedy in this case, but do object to Defendant-Intervenor Applicants' involvement as it relates to other issues.  All other parties have no objection to the Defendant-Intervenor Applicants' involvement on all issues.

  Dated this _13_ day of August, 2021.

Brianne C. McClafferty
Holland & Hart LLP

ATTORNEYS FOR DEFENDANT
INTERVENOR APPLICANT PEAK
POWDER RIVER ACQUISITIONS, LLC
AND R&R ROYALTY, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be

mailed, first class postage paid, on this 13th day of August, 2021, to the following:

Timothy J. Preso
Earthjustice
313 East Main Street
Bozeman, MT  597105
*Email:  tpreso@earthjustice.org*
*Attorneys for Plaintiffs Montana*
*Wildlife Federation, The Wilderness*
*Society, National Audobon Society,*
*National Wildlife Federation and*
*Montana Audobon*

Michael S. Freeman
Rumela Roy
Earthjustice
633 17th Street, Suite 1600
Denver, CO  80202
*Email:  mfreeman@earthjustice.org*
*        rroy@earthjustice.org*
*Attorneys for Plaintiffs Montana*
*Wildlife Federation, The Wilderness*
*Society, National Audobon Society,*
*National Wildlife Federation and*
*Montana Audobon*

Luther L. Hajek
U.S. Dept. of Justice-Denver
South Terrace, Suite 370
999 18th Street
Denver, CO  80202
*Email:  luke.hajek@usdoj.gov*
*Attorneys for Defendant David*
*Bernhardt, Secretary of the Interior,*
*Donato Judice, in his official capacity*
*as Montana Bureau of Land*
*Management Deputy Director, U.S.*
*Bureau of Land Management and U.S.*
*Dept. of the Interior*

Adrian Miller
Michelle Sullivan
Sullivan Miller Law PLLC
3860 Avenue B, Suite C East
Billings, MT  59102
*Email:*
*adrian.miller@sullivanmiller.com*
*michelle.sullivan@sullivanmiller.com*
*Attorneys for Intervenor-Defendant*
*State of Wyoming and Intervenor*
*Western Energy Alliance*

4

James Kaste
Kelly Shaw
Wyoming Attorney General
2320 Capitol Avenue
Cheyenne, WY  82002
*Email:  james.kaste@wyo.gov*
*Attorneys for Intervenor-Defendant*
*State of Wyoming*

Bret A. Sumner
Malinda Morain
Beatty & Wozniak
216 Sixteenth Street, Suite 1100
Denver, CO  80202
*Email:  mmorain@bwenergylaw.com*
*          bsumner@bwenergylaw.com*

*Attorneys for Intervenor-Defendant*
*Western Energy Alliance*

Robert Thomas Cameron
Montana Attorney General
P.O. Box 201401
215 North Sanders
Helena, MT  59620-1401
*Email:  rcameron@jmgm.com*
*Attorneys for Intervenor-Defendant*
*State of Montana*

Melissa A. Schlichting
U.S. Attorneys Office-Helena
Paul G. Hatfield United States
Courthouse
901 Front Street
Suite 1100
Helena, MT  59626
*Email:  Melissa.Schlichting@usdoj.gov*
*Attorneys for Intervenor-Defendant*
*State of Montana*

17186931_v1