
**LODGED**

SEP 08 2021

Clerk, U.S. District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> and, <br><br> WESTERN ENERGY ALLIANCE et al., <br><br> Defendants–Intervenors. | Case No. 4:18-cv-00069-BMM <br><br> **ORDER GRANTING AEC's UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO INTERVENE IN PHASE THREE** |

Proposed Defendant-Intervenor Anschutz Exploration Corporation ("AEC") has filed an unopposed motion requesting an additional fourteen days to file its reply brief in support of its pending motion to intervene as a defendant in phase three of this case. (Doc. 281)

There being no objection, and for good cause appearing:

IT IS HEREBY ORDERED that AEC shall have up to and including September 24, 2021 to file a reply brief in support of its Motion to Intervene.

DATED this 8th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court