IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior, et al.,<br><br>    Defendants,<br><br>    and,<br><br>WESTERN ENERGY ALLIANCE et al.,<br><br>    Defendants–Intervenors. | Case No. 4:18-cv-00069-BMM<br><br>**ORDER GRANTING AEC's UNOPPOSED MOTION TO ATTEND REMOTE HEARING ON SEPTEMBER 16, 2021** |

Proposed Defendant-Intervenor The Anschutz Exploration Corporation ("AEC") has moved to attend the hearing to be held by video conference on September 16, 2021 at 2:30 p.m. Accordingly, IT IS ORDERED that AEC's motion is GRANTED. AEC may attend and observe the hearing.

Proposed Defendant-Intervenor Anschutz Exploration Corporation will contact the Clerk of Court for the video-conference information.

DATED this 15th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2021, I served a true and correct copy of the foregoing Proposed Defendant–Intervenor's Motion To Attend Remote Hearing On September 16, 2021 via U.S. Mail.

Luther L. Hajek
U.S. DOJ - DENVER
999 18th Street South Terrace, Suite 370
Denver, CO 80202

Mark Steger Smith
Assistant U.S. Attorney
U.S. ATTORNEY'S OFFICE
2601 Second Avenue North, Suite 3200
Billings, MT 59101

Timothy J. Preso
EARTHJUSTICE LEGAL DEFENSE FUND - BOZEMAN
313 East Main Street
Bozeman, MT 59715

Michael S. Freeman
Rumela Roy
ROCKY MOUNTAIN OFFICE OF EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202

Adrian Ann Miller & Michelle Sullivan
SULLIVAN MILLER LAW PLLC
3860 Avenue B, Suite C East
Billings, MT 59102

Malinda Morain & Bret A. Sumner
BEATTY & WOZNIAK
216 Sixteenth Street, Suite 1100
Denver, CO 80202

James Kaste
Kelly Shaw
WYOMING ATTORNEY GENERAL'S OFFICE
2320 Capitol Avenue
Cheyenne, WY 82002

/s/ Cathy Uda