IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **MONTANA WILDLIFE FEDERATION**, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **DAVID BERNHARDT**, in his official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants, <br><br> **WESTERN ENERGY ALLIANCE**, *et al.*, <br><br> Defendant-Intervenors. | CV-18-69-GF-BMM <br><br> **O**RDER |

The first round of summary judgment in this case involved the 2018 IM, the December 2018 and March 2018 Montana lease sales, and the June 2018 Wyoming lease sale. Briefing was completed in early 2020, and following oral argument, the Court issued its summary judgment ruling in May 2020. (Doc. 147.) Appeal of the

1

Court's ruling remains pending. *See Montana Wildlife Fed'n v. Bernhardt*, No. 20-35615.

The second round of summary judgment involves the five remaining original lease sales: the December 2017, March 2018, and June 2018 Nevada lease sales, and the December 2017 and March 2018 Wyoming lease sales. The Court heard argument on cross-motions for summary judgment on June 14, 2021.

On June 21, 2021, the Court granted Plaintiffs' motion for leave to file a second amended and supplemental complaint. (Doc. 262.) The supplemental complaint challenges six new leasing decisions: the February 2019, September 2019, December 2019, and December 2020 Wyoming lease sales, and the March 2019 and December 2019 Montana lease sales. (Doc. 263 at ¶¶ 68-73, 92- 104.)

The Court requires further information on the Federal Defendants' progress preparing the administrative records for the Phase 3 leasing decisions added in the supplemental complaint.

**ORDER**

**IT IS HEREBY ORDERED** that the parties shall jointly submit a status report not to exceed 1000 words on or before January 20, 2022 regarding the status of the Phase 3 administrative records and when those records can be submitted to the Court.

DATED this 11th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court