Adrian A. Miller
Sullivan Miller Law
2812 1st Avenue North, Suite 225
Billings, MT 59101
(406) 403-7066 (phone)
adrian.miller@sullivanmiller.com

James Kaste, WSB No. 6-3244
Deputy Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov

*Counsel for the State of Wyoming*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, et al.,<br><br>Defendants,<br><br>STATE OF WYOMING, et. al.,<br><br>Defendant-Intervenors. | Case No. 4:18-cv-00069-BMM<br><br>**INTERVENOR-DEFENDANT STATE OF WYOMING'S NOTICE OF NO TRANSCRIPT ORDER** |

Pursuant to Fed. R. App. P. 10(b)(1)(B) and Ninth Circuit Rule 10-3.1(a), Defendant-Intervenor State of Wyoming provides notice that no transcript of the proceedings in the district court will be ordered in connection with the appeal of this Court's March 11, 2022 Order (Dkt. No. 335) in this matter (Ninth Circuit case number 22-35365).

Dated this 16th day of May, 2022.

/s/ Adrian A. Miller
Adrian A. Miller
Sullivan Miller Law
2812 1st Avenue North, Suite 225
Billings, MT 59101
(406) 403-7066 (phone)
adrian.miller@sullivanmiller.com

/s/ James Kaste
James Kaste, WSB No. 6-3244
Deputy Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov

*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Adrian A. Miller
Adrian A. Miller
