UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION; THE WILDERNESS SOCIETY; NATIONAL AUDUBON SOCIETY; NATIONAL WILDLIFE FEDERATION; MONTANA AUDUBON, <br><br>    Plaintiffs-Appellees, <br><br>v. <br><br>DEBRA ANNE HAALAND, in her official capacity as Secretary of the Interior; DONATO JUDICE, in his official capacity as Montana Bureau of Land Management State Director; BUREAU OF LAND MANAGEMENT; U.S. DEPARTMENT OF THE INTERIOR, <br><br>    Defendants, <br><br>WESTERN ENERGY ALLIANCE; STATE OF WYOMING; STATE OF MONTANA, <br><br>    Intervenor-Defendants, <br><br>and <br><br>ANSCHUTZ EXPLORATION CORPORATION, <br><br>    Intervenor-Defendant-Appellant, <br><br>and | No.   22-35549 <br><br>D.C. No. 4:18-cv-00069-BMM District of Montana, Great Falls <br><br>ORDER |

CHESAPEAKE EXPLORATION, LLC;
CONTINENTAL RESOURCES, INC.,
Proposed Intervenor-Defendants,

       Movants.

Before:  MURGUIA, Chief Judge, and BOGGS[*] and BERZON, Circuit Judges.

The unopposed motion of *amicus curiae* United States for leave to participate in oral argument (Dkt. No. 44) is **GRANTED**.  Appellant is allotted 20 minutes of argument time, counsel for *amicus* is allotted 5 minutes, and appellees are allotted 25 minutes.

---

[*] The Honorable Danny J. Boggs, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.