IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA WILDLIFE FEDERATION, et al., </br></br>    Plaintiffs, </br></br>v. </br></br>DOUGLAS BURGUM, in his official capacity as Secretary of the Interior; et al., </br></br>    Federal Defendants, </br></br>v. </br></br>PEAK POWDER RIVER ACQUISITIONS, LLC and R&R ROYALTY, LTD., et al., </br></br>    Defendant-Intervenors. | Case No. CV-18-69-GF-BMM </br></br></br></br>**ORDER GRANTING PEAK POWDER RIVER ACQUISITIONS, LLC'S AND R&R ROYALTY, LTD.'S MOTION TO ATTEND HEARING REMOTELY ON DECEMBER 1, 2025** |

_____

Local Counsel for Peak Powder River Acquisitions, LLC and R&R Royalty, Ltd. has moved the Court to attend the hearing to be held by video conference on December 1, 2025 at 1:30 p.m. (Docs. 451 and 452). Accordingly, IT IS ORDERED that Peak Powder River Acquisitions' and R&R Royalty's motion is GRANTED. Local Counsel Brianne C. McClafferty can attend the hearing remotely and should contact the Clerk of Court for the Zoom link for the hearing.

Dated this 13th day of November, 2025.

_____
Brian Morris
United States District Court Judge