**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **MONTANA WILDLIFE FEDERATION,** *et al.*,<br><br>      Plaintiffs,<br>v.<br><br>**DOUGLAS BURGUM,** Secretary of the Interior, *et al.*,<br><br>      Defendants,<br><br>**WESTERN ENERGY ALLIANCE** and **STATE OF WYOMING,**<br><br>      Defendant-Intervenors. | Case No. 4:18-cv-00069-GF-BMM<br><br>**ORDER GRANTING WESTERN ENERGY ALLIANCE'S AND STATE OF WYOMING'S MOTION TO ATTEND MAY 20, 2026 HEARING REMOTELY** |

Local counsel for Western Energy Alliance and State of Wyoming (Adrian A. Miller) has moved the Court to attend the hearing remotely to be held on May 20, 2026 at 2:30 p.m.  Accordingly, IT IS ORDERED that Western Energy Alliance's and State of Wyoming's Motion is GRANTED.  Local counsel Adrian A. Miller may attend the hearing remotely and should contact the Clerk of Court for the Zoom link for the hearing.

Dated this 15th day of May, 2026.

_____

Brian Morris, Chief District Judge
United States District Courts