DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
CASE RECORDATION

Run Date/Time: 6/25/2026 12:22 PM
Single Serial Number Report

Serial Register Page
WYWY105674526

Page 1 of 3

| Authority | | Total Acres | Serial Number |
|---|---|---|---|
| 12--22--1987; 101STAT1330; 30USC181 ET SEQ; PL 100-203, FED ONSHORE, O&G LSE REFORM; 08162022, PL 117-169 | | 80.0000 | WYWY105674526 |

| | Agreement Acres | Participating Area Acres | Legacy Serial No |
|---|---|---|---|
| | 0.0000 | 0.0000 | WYW   189569 |

Product Type: 312025  O&G COMPETITIVE PUBLIC DOMAIN LEASE POST 2022
Commodity: Oil & Gas
Case Disposition: AUTHORIZED

Case File Jurisdiction:
-                    08/29/2024

## CASE DETAILS                                                                                           WYWY105674526

| | | | | | |
|---|---|---|---|---|---|
| MLRS Case Ref | C-8311375 | | | | |
| Case Name | | | | | |
| Unit Agreement Name | | | | | |
| | | Split Estate | | Fed Min Interest | 100 |
| Effective Date | 09/01/2024 | Split Estate Acres | | Future Min Interest | No |
| Expiration Date | | Royalty Rate | 16.67% | Future Min Interest Date | |
| Land Type | Public Domain | Royalty Rate Other | | Acquired Royalty Interest | |
| Formation Name | | Approval Date | | Held In a Producing Unit | No |
| Parcel Number | PAR 10 | Sale Date | 12/10/2019 | Number of Active Wells | |
| Parcel Status | | Sales Status | | Production Status | Held by Actual Production |
| | | Total Bonus Amount | 33,760.00 | | |
| Related Agreement | | Tract Number | | Lease Suspended | No |
| Application Type | | Fund Code | 145003 | Total Rental Amount | |

## CASE CUSTOMERS                                                                                         WYWY105674526

| Name & Mailing Address | | | Interest Relationship | Percent Interest |
|---|---|---|---|---|
| 1876 RESOURCES LLC | 1700 N LINCOLN STE 4800 | DENVER  CO  80203 | LESSEE | 100.0000 |

## RECORD TITLE                                                                                           WYWY105674526

| MTRS Subdivision and Metes and Bounds | Account | Percent Held |
|---|---|---|
| 06 0350N 0670W 032 E2SE | 1876 RESOURCES LLC | 100.0000 |

## OPERATING RIGHTS                                                                                       WYWY105674526

| MTRS Subdivision and Metes and Bounds | Depth/Formation | Account | Percent Held |
|---|---|---|---|
| 06 0350N 0670W 032 E2SE | All | 1876 RESOURCES LLC | 100.0000 |

## ACTIVE LAND RECORDS                                                                                    WYWY105674526

| Mer | Twp | Rng | Sec | Survey Type | Survey Number | Subdivision | Land Status | District / Field Office | County | Mgmt Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 | 0350N | 0670W | 032 | Aliquot | | E2SE | Authorization Issued | WYOMING HIGH PLAINS DIST  CASPER FIELD OFFICE | CONVERSE | BUREAU OF LAND MGMT |

## INACTIVE LAND RECORDS                                                                                  WYWY105674526

# EXHIBIT A

DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
CASE RECORDATION

Run Date/Time:  6/25/2026 12:22 PM                    Serial Register Page
Single Serial Number Report                          WYWY105674526                    Page 2 of 3

| Mer | Twp | Rng | Sec | Survey Type | Survey Number | Subdivision | Land Status | District / Field Office | County | Mgmt Agency |
|-----|-----|-----|-----|-------------|---------------|-------------|-------------|-------------------------|--------|-------------|

---

### CASE ACTIONS                                                                                    WYWY105674526

| Action Date | Date Filed | Effective Date | Action Name | Action Status | Action Information |
|-------------|------------|----------------|-------------|---------------|---------------------|
| | 01/19/2021 | | LEGAL CHALLENGE | FILED | Document Number: 1:21-cv-00175-RC, 4:18-cv-00069-BMM  Case Action Status Date: 2025-01-30 |
| 11/08/2019 | 11/08/2019 | | PROTEST FILED | APPROVED/ACCEPTED | Action Remarks: 2 |
| 11/12/2019 | 11/12/2019 | | PROTEST FILED | APPROVED/ACCEPTED | Action Remarks: PROTEST DISMISSED |
| 11/12/2019 | 11/12/2019 | | PROTEST FILED | APPROVED/ACCEPTED | Action Remarks: DISMISSED |
| 12/09/2019 | 12/09/2019 | | CASE ESTABLISHED | APPROVED/ACCEPTED | Action Remarks: PAR 10; |
| 12/10/2019 | 12/10/2019 | | BID RECEIVED | APPROVED/ACCEPTED | Action Remarks: $33760.00; |
| 02/06/2020 | 02/06/2020 | | ADDTL INFO RQSTD | APPROVED/ACCEPTED | Action Remarks: UNIT JOINDER;2 |
| 02/06/2020 | 02/06/2020 | | ADDTL INFO RQSTD | APPROVED/ACCEPTED | Action Remarks: UNIT JOINDER;1 |
| 08/22/2024 | 08/16/2024 | 09/01/2024 | SUBSEQUENT JOINDER | APPROVED/ACCEPTED | Action Remarks: Waiting on IRA 2022 new Lease term amendment from company; unit joinder new lease term amendment received  Date of Additional Information Requested: 2024-08-16 |
| 08/30/2024 | 08/29/2024 | 09/01/2024 | LEASE ISSUED | APPROVED/ACCEPTED | Expiration Date: 2034-08-31 |
| 08/30/2024 | 08/30/2024 | 09/01/2024 | EFFECTIVE DATE | APPROVED/ACCEPTED | Expiration Date: 2034-08-31 |
| 08/30/2024 | 08/30/2024 | 09/01/2024 | EXPIRATION | APPROVED/ACCEPTED | Expiration Date: 2034-08-31 |
| 09/17/2024 | 08/12/2024 | 09/01/2024 | COMMITTED TO AGREEMENT | APPROVED/ACCEPTED | Agreement Serial Number: WYW186051X |
| 09/17/2024 | 08/12/2024 | 09/01/2024 | HELD BY LOCATION IN A PRODUCING UNIT | INACTIVE | |
| 11/26/2024 | 09/24/2024 | 10/01/2024 | ASSIGNMENT | APPROVED/ACCEPTED | To Entity: 1876 Resources, LLC  From Entity: Herbaly Exploration, LLC  Payment Amount: 115  Receipt Number: 5389712  Case Action Status Date: 2024-09-24 |
| 12/27/2024 | 12/23/2024 | 10/28/2024 | PRODUCTION DETERMINATION | APPROVED/ACCEPTED | Production Determination Status: First Production  Production Type: Actual  Well Name: Lost Springs 3567-29-32-3NXH Well Number: 4900949189  First Production Date: 2024-10-28 |

---

### CASE TRANSACTIONS

| Transaction Number | Transaction Date | Receipt Number | Transaction Status | Total Amount Received | Refund Date | Refund Amount |
|--------------------|------------------|----------------|--------------------|-----------------------|-------------|---------------|
| CT-107679 | 9/24/2024 | 5389712 | Payment Submitted | $115.00 | | |

### ASSOCIATED AGREEMENT OR LEASE (RECAPITULATION TABLE) INFO                              WYWY105674526

| Agreement Serial Number | Agreement Legacy Serial Number | Case Disposition | Product Name | Tract No | Commit-ment Status | Commitment Status Effective Date | Acres | Allocation Percent |
|-------------------------|-------------------------------|------------------|--------------|----------|--------------------|----------------------------------|-------|--------------------|
| WYWY105695935 | WYW  186051X | AUTHORIZED | O&G EXPLORATORY UNIT AGREEMENT | 26B | Fully Committed | 09/01/2024 | 80.0000 | 0.000000 |
| WYWY105795449 | | AUTHORIZED | | 14 | | 09/01/2024 | 80.0000 | 6.250000 |

### PARTICIPATING AREA                                                                            WYWY105674526

| Participating Area Serial Number | Legacy Serial Number | Case Disposition | Effective Date | Tract Number | Tract Commitment Status |
|----------------------------------|----------------------|------------------|----------------|--------------|-------------------------|
| WYWY105482569 | WYW  186051A | AUTHORIZED | 09/05/2018 | 26B | Fully Committed |

NO WARRANTY IS MADE BY BLM FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM
HISTORICAL INFORMATION MAY ONLY BE ACCESSIBLE THROUGH THE MLRS WEBSITE.

# EXHIBIT A

DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
CASE RECORDATION

Run Date/Time:  6/25/2026 12:22 PM
Single Serial Number Report

Serial Register Page
WYWY105674526

Page 3 of 3

| LEGACY CASE REMARKS | WYWY105674526 |
|---|---|

Legacy Case Remarks includes remarks made for the case in LR2000 up until March 14, 2022. These Case Remarks will no longer be updated in MLRS. This section of the SRP is obsolete.  Please reference the MLRS website for more information and refer to the Case Actions section - Action Information on this report for similar data.

| Line Number | Remark Text |
|---|---|
| 01 | STIPULATIONS: |
| 02 | LEASE STIPULATION NO. 1 |
| 03 | LEASE STIPULATION NO. 2 |
| 04 | LEASE STIPULATION NO. 3 |

NO WARRANTY IS MADE BY BLM FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM
HISTORICAL INFORMATION MAY ONLY BE ACCESSIBLE THROUGH THE MLRS WEBSITE.

EXHIBIT A